UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

MARK ANTHONY REID,                     )
on behalf of himself and              )
others similarly situated,            )
     Petitioners                      )
                                      )
           v.                      )   C.A. No. 13-cv-30125-MAP
                                      )
CHRISTOPHER DONELAN, Sheriff,          )
Franklin County, MA, et al.,          )
     Respondents                      )

MEMORANDUM AND ORDER REGARDING
JOINT MOTION FOR A SCHEDULING ORDER
(Dkt. No. 94)

March 3, 2014

PONSOR, U.S.D.J.

The parties' Joint Motion for a Scheduling Order (Dkt. No. 94) is hereby ALLOWED.  The court orders as follows:

1.  Cross-motions for summary judgment in this case will be filed on or before May 1, 2014.

2.  Opposition to the motions will be filed by May 30, 2014.

3.  Counsel will appear for argument on the motions on June 4, 2014 at 2:00 p.m.

This schedule does not accommodate discovery as requested by Petitioner.  The cross-motions may, of course, be supported by affidavits, and Petitioner is free to oppose Defendant's cross-motion by invoking Fed. R. Civ. P. 56(d), identifying the discovery that Petitioner contends would generate a disputed issue of fact, and requesting a period

of time to conduct this discovery.  At the moment, however,

the need for discovery does not appear compelling.

It is So Ordered.

/s/ Michael A. Ponsor
MICHAEL A. PONSOR
U. S. District Judge