UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

MARK ANTHONY REID,                )
on behalf of himself and          )
others similarly situated,        )
     Petitioners                )
                                  )
               v.        )   C.A. No. 13-cv-30125-MAP
                                  )
CHRISTOPHER DONELAN, Sheriff,     )
Franklin County, MA, et al.,      )
     Respondents                )


MEMORANDUM AND ORDER REGARDING
DEFENDANTS' MOTION FOR CONSOLIDATED BRIEFING
(Dkt. No. 103)

March 12, 2014

PONSOR, U.S.D.J.

    On March 3, 2014, this court set a schedule for briefing on the parties' cross-motions for summary judgment. See Dkt. No. 101.  On March 5, 2014, Defendants filed a Motion for Consolidated Briefing (Dkt. No. 103), seeking a consolidated briefing schedule for the pending motions for preliminary injunction and class certification.  Separate briefing of the cross-motions for summary judgment, motions for class certification, and motion for preliminary injunction, Defendants argued, would be burdensome and a waste of the court's resources.

    Plaintiff has responded, however, that the liberty interests of Plaintiffs are so pressing that further delay would cause them irreparable harm.

Both sides obviously have a point.  With this in mind, the court will adjust the briefing schedule for all three motions so that it is tighter but will allow all motions to be addressed in one submission of briefs.

Defendants' Motion for Consolidated Briefing (Dkt. No. 103) is hereby ALLOWED.  The court orders as follows:

1.  Cross-motions for summary judgment in this case will be filed on or before April 4, 2014.

2.  Oppositions to the cross-motions for summary judgment, to the motion for class certification, and to the motion for preliminary injunction will be filed by April 28, 2014.

3.  Counsel will appear for argument on all pending motions on May 7, 2014 at 11:00 a.m.

4.  The motion hearing previously scheduled for June 4, 2014 is hereby vacated.

It is So Ordered.

/s/ Michael A. Ponsor
MICHAEL A. PONSOR
U. S. District Judge