**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| Mark Anthony REID,<br><br>on behalf of himself and others similarly situated,<br>*Plaintiffs-Petitioners,*<br><br>v.<br><br>Christopher DONELAN, Sheriff, Franklin County, MA, et al.,<br><br>*Defendants-Respondents.* | Case No. 3:13-cv-30125-PBS<br><br><br><br>June 13, 2018 |

### PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE MEMORANDUM IN EXCESS OF PAGE LIMIT

Plaintiffs respectfully move for leave to file a memorandum in excess of the twenty pages as permitted by Local Rule 7.1(b)(4) of the United States District Court for the District of Massachusetts. Specifically, Plaintiffs request leave to file a memorandum of thirty-five or fewer pages in support of their supplemental motion for summary judgment. Defendants do not oppose this motion.

These additional pages are necessary because of the complexity of the numerous constitutional claims addressed in support of the supplemental motion for summary judgment. These claims were not addressed by the Supreme Court in *Jennings v. Rodriguez* and were instead remanded for the lower court to consider in the first instance. 138 S. Ct. 830, 851 (2018). Plaintiffs respectfully submit that permitting the filing of a memorandum in excess of the page limit will assist the Court in adjudicating the important constitutional claims in this case.

*6/18/18*
*allowed*
*Patti B Saris*