**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| Mark Anthony REID,<br><br>on behalf of himself and others<br>similarly situated,<br>*Plaintiffs-Petitioners,*<br><br>v.<br><br>Christopher DONELAN, Sheriff,<br>Franklin County, MA, et al.,<br><br>*Defendants-Respondents.* | Case No. 3:13-cv-30125-PBS<br><br><br><br>June 12, 2018 |

**PLAINTIFFS' UNOPPOSED MOTION TO SEAL**

Plaintiffs respectfully move to file under seal a decision related to this case pursuant to Local Rule 7.2. Defendants do not oppose this motion.

On December 28, 2017, Immigration Judge (IJ) Philip Verrillo issued a decision denying Lead Plaintiff Mark Reid's motion to terminate proceedings. After the most recent remand by the Board of Immigration Appeals in Mr. Reid's case, *see* ECF No. 320 (order granting motion to seal), Mr. Reid moved to terminate proceedings, arguing that he was no longer removable in light of *Mathis v. United States*, 136 S. Ct. 2243 (2016). The IJ found that none of Mr. Reid's convictions constituted aggravated felonies, but that Mr. Reid was removable on the ground that one of his past convictions constituted a controlled substance offense under INA § 237(a)(2)(B)(i).

The IJ's decision contains sensitive and confidential information related to the basis of Mr. Reid's applications for relief from deportation. Therefore, pursuant to Local Rule 7.2, Plaintiffs respectfully move this Court for leave to file under seal the IJ's December 28, 2017 decision. Mr.

6/18/18
allowed

[signature]