# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Mark Anthony REID,<br><br>on behalf of himself and others<br>similarly situated,<br><br>*Plaintiffs-Petitioners,*<br><br>v.<br><br>Christopher DONELAN, Sheriff,<br>Franklin County, MA, et al.,<br><br>*Defendants-Respondents*. | Case No. 3:13-cv-30125-PBS<br><br>Date: September 4, 2018 |

## MOTION FOR LEAVE TO APPEAR AS LAW STUDENTS

Plaintiff Mark Reid, through his attorneys, moves this Court pursuant to Local Rule of Civil Procedure 83.5.4(b) to grant Erin Drake, Clare Kane and Amber Qureshi leave to appear as law students in the above-captioned matter. Ms. Drake, Ms. Kane, and Ms. Qureshi meet all but one of the eligibility requirements to appear as law students pursuant to the Local Rules, as they have not yet taken evidence or trial practice. All three students intend to take a course in evidence or trial practice in an upcoming semester.

This motion is based on the on the accompanying memorandum of law and attached declaration, as well as any other evidence that may be presented to this Court to support this motion.

Dated: September 4, 2018

Respectfully submitted,

/s/ Marisol Orihuela

Erin Drake, Law Student Intern
Clare Kane, Law Student Intern
Amber Qureshi, Law Student Intern
Marisol Orihuela[†]
Michael Wishnie (BBO# 568654)
Jerome N. Frank Legal Svcs. Org.
P.O. Box 209090
New Haven, CT 06520
Phone: (203) 432-4800
Fax: (203) 432-1426
marisol.orihuela@ylsclinics.org
michael.wishnie@ylsclinics.org

Ahilan T. Arulanantham[†]
ACLU Immigrants' Rights Project
1313 West 8th Street
Los Angeles, CA 90017
213-977-5211
aarulanantham@aclusocal.org

Anant K. Saraswat (BBO# 676048)
Wolf, Greenfield & Sacks, P.C.
600 Atlantic Avenue
Boston, MA 02210
Tel: 617-646-8000
Fax: 617-646-8646
anant.saraswat@wolfgreenfield.com

Michael K.T. Tan[†]
ACLU Immigrants' Rights Project
125 Broad Street, 18th Floor
New York, NY 10004
212-519-7848 (p)
212-549-2654 (f)
mtan@aclu.org

*Counsel for Plaintiffs*

[†] Admitted *pro hac vice*.

**CERTIFICATE OF SERVICE**

      I hereby certify that, on September 4, 2018, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by email to all parties by operation of this court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF system.

Date:   September 4, 2018

                                                                             Respectfully submitted,

                                                                             /s/ Michael J. Wishnie
                                                         Michael J. Wishnie (BBO# 568654)
                                                         Jerome N. Frank Legal Services Organization
                                                         P.O. Box 209090
                                                         New Haven, CT 06520
                                                         P: (203) 432-4800
                                                         F: (203) 432-1426