**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| Mark Anthony REID, | ) | |
| | ) | Case No. 3:13-cv-30125-PBS |
| on behalf of himself and others | ) | |
| similarly situated, | ) | |
| | ) | |
| *Plaintiffs-Petitioners,* | ) | |
| | ) | |
| v. | ) | Date: September 4, 2018 |
| | ) | |
| Christopher DONELAN, Sheriff, | ) | |
| Franklin County, MA, et al., | ) | |
| | ) | |
| *Defendants-Respondents*. | ) | |
| | ) | |

**MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR LEAVE TO**
**APPEAR AS LAW STUDENT**

**INTRODUCTION**

Plaintiff Mark Reid, through his attorneys, moves this Court pursuant to Local Rule of

Civil Procedure 83.5.4(b) to grant law student interns Erin Drake, Clare Kane and Amber

Qureshi leave to appear in the above-captioned matter as law students under the supervision of

Marisol Orihuela and Michael Wishnie. Each of these students is enrolled in the Worker and

Immigrant Rights Advocacy Clinic (WIRAC) within the Jerome N. Frank Legal Services

Organization (LSO) at Yale Law School.

Mr. Reid has authorized law students to represent him in this matter, including by

appearing in court under the supervision of clinical faculty. Pursuant to Local Rule of Civil

Procedure 83.5.4(b) of the United States District Court for the District of Massachusetts, a

student who satisfies several requirements may appear in civil proceedings without

compensation on behalf of indigent parties. The local rules require that a student must "have

successfully completed a course for credit, or be currently enrolled in a course for credit, in

evidence or trial practice." L.R. 83.5.4(b)(1)(B). Ms. Drake, Ms. Kane, and Ms. Qureshi have not

completed, and are not currently enrolled in, a course in evidence or trial practice. Mr. Reid

requests that this requirement be waived as to these students such that Ms. Drake, Ms. Kane, and

Ms. Qureshi be permitted to appear on his behalf so that they may continue to represent him in

this complex litigation.

## ARGUMENT

I.     **WAIVER OF CERTAIN REQUIREMENTS TO PERMIT THE APPEARANCE OF LAW STUDENTS ERIN DRAKE, CLARE KANE AND AMBER QURESHI IS APPROPRIATE IN THIS CASE.**

Local Rule 83.5.4(b) requires that a law student appearing in this court must have

completed or be enrolled in a course for credit in evidence or trial practice. L.R. 83.5.4(b)(1)(B).

Ms. Drake, Ms. Kane, and Ms. Qureshi are all second- or third-year law students enrolled in a

clinical instruction program who have not yet taken a course in evidence or trial practice.

However, in light of their experience and the supervision they receive on this matter, this Court

should nonetheless permit them to appear as law students in this case.

All three law students have significant legal experience through their clinical education

and work experiences. Ms. Drake, Ms. Kane, and Ms. Qureshi have assisted in the briefings in

this case, including all of the motions following the First Circuit's order on May 14, 2018 (Dkt.

No. 356). They have familiarized themselves with the procedural posture of this complex case,

conducted extensive legal research, and drafted significant portions of the briefings before this

Court.

Ms. Drake is a second-year law student at Yale Law School, and is enrolled in her second

semester in WIRAC, working under the supervision of Marisol Orihuela, Michael Wishnie, and

Muneer Ahmad. Declaration of Erin Drake (hereinafter "Drake Decl.") ¶ 1. Ms. Drake intends to

take Evidence at Yale Law School before she graduates. *Id.* ¶ 7. Ms. Drake has gained legal experience working on a wide range of matters within WIRAC. *Id.* ¶ 8. In addition, Ms. Drake worked on complex criminal litigation matters during her summer internship at the Federal Public Defenders for the Middle District of Tennessee, including drafting sections of a trial brief for a lethal injection protocol challenge, sections of a motion for a stay of execution, and motions for termination of supervised release. *Id.* ¶ 9. Ms. Drake is involved in the Civil Rights Project and participated in an investigative spring break trip with Civil Rights Corp, a legal non-profit based in Washington, D.C. *Id.* ¶ 10  Before attending Yale Law School, Ms. Drake worked in the Lesbian, Gay, Bisexual, Transgender, and HIV Project for the American Civil Liberties Union as a paralegal and had previously worked at the Sex Crimes Unit of the District Attorney's Office as an investigative analyst and paralegal. *Id.* ¶ 11.

Ms. Kane is a third-year law student at Yale Law School, enrolled in her fourth semester of WIRAC, working under the supervision of Marisol Orihuela, Michael Wishnie, and Muneer Ahmad. Declaration of Clare Kane (hereinafter "Kane Decl.") ¶ 1. She intends to take Evidence or Trial Practice in an upcoming semester. *Id.* ¶ 7. Ms. Kane has been an active member of the *Reid* litigation team since she joined WIRAC in January 2017. *Id.* ¶ 8. She has assisted with all briefing since January 2017; briefed and represented class members in their individual bond hearings in immigration court; taken a lead role in class member case management in her two years on the case; and mentored newer students on *Reid*. Additionally, as a member of WIRAC, she took a lead role in coordinating press strategy for *Darweesh v. Trump*, WIRAC's case challenging the Muslim Ban, through which she handled press hearings in the Eastern District of New York and conducted interviews with national news outlets, including the *New York Times*. *Id.* She has spent one summer interning for co-counsel at the ACLU Immigrant Rights Project.

*Id.* ¶ 9. She has also spent a summer interning in the deportation defense unit at the San Francisco Public Defenders, where she gained extensive experience spending six weeks on a high profile murder trial. She has prepared a jury questionnaire, coded jury responses, wrote and assisted with voir dire, wrote and assisted with motions *in limine*, and participated in daily trial strategy meetings.

Ms. Qureshi is a third-year law student at Yale Law School, and is enrolled in her second semester in WIRAC, working under the supervision of Marisol Orihuela, Michael Wishnie, and Muneer Ahmad. Declaration of Amber Qureshi (hereinafter "Qureshi Decl.") ¶ 1. Ms. Qureshi intends to take the course, Evidence, at Yale Law School before she graduates. *Id*. ¶ 7. Ms. Qureshi has gained legal experience working on a wide range of matters with several clinics at Yale Law School, including WIRAC, the Rule of Law Clinic, and the Allard K. Lowenstein International Human Rights Clinic. *Id*. ¶ 10. In May 2018, Ms. Qureshi represented a *Reid* class member for his bond hearing in immigration court. *Id*. ¶ 9. In addition, Ms. Qureshi has worked on complex civil litigation matters during her summer internship at Muslim Advocates, including drafting a complaint and a temporary restraining order in a class-action immigration law case. *Id*. ¶ 8.

## II.     ERIN DRAKE, CLARE KANE AND AMBER QURESHI SATISFY ALL OTHER REQUIREMENTS TO APPEAR AS LAW STUDENTS IN THE INSTANT MATTER

Except for the criterion that they complete or enroll in a course in evidence or trial practice, Ms. Drake, Ms. Kane, and Ms. Qureshi satisfy all the requirements of Local Rule 83.5.4(b) to represent Plaintiff in his civil proceedings. They seek to represent Mr. Reid, an indigent party, in these civil proceedings under the supervision of Marisol Orihuela and Michael Wishnie in a clinical instruction program. *See* L.R. 83.5.4(d)(3)(B). Ms. Drake is a second-year law student at Yale Law School and is currently enrolled in WIRAC, a clinical instruction

program. Drake Decl. ¶ 1; *see* L.R. 83.5.4(b)(4). Ms. Kane and Ms. Qureshi are third-year law students at Yale. Kane Decl. ¶ 1; Qureshi Decl. ¶ 1; *see* L.R. 83.5.4(b)(1)(A). Ms. Drake completed a course in civil procedure in fall of 2017, whereas Ms. Kane and Ms. Qureshi completed that requirement in fall of 2016. Drake Decl. ¶ 5; Kane Decl. ¶ 5; Qureshi Decl. ¶ 6; *see* L.R. 83.5.4(b)(1)(B). All three students are recommended by the Dean of Yale Law School. *See* Law Student Certification Form for Erin Drake; Law Student Certification Form for Clare Kane; Law Student Certification Form for Amber Qureshi; see L.R. 83.5.4(b)(1)(C).

In light of their satisfaction of other requirements under the local rule, their legal experience and their enrollment in a clinical program with competent faculty supervision, Mr. Reid respectfully requests pursuant to Local Rule 83.5.4(b) that this Court grant Ms. Drake, Ms. Kane, and Ms. Qureshi leave to appear as law students in the above-captioned matter. This Court granted leave to appear for the other law students on this case even though they had not met one or more of the requirements of the local rule. *See* Dkt. No. 54, 113.

## CONCLUSION

For all of the foregoing reasons, Petitioner respectfully requests that this Court issue an order permitting Erin Drake, Clare Kane and Amber Qureshi to appear as law students under the supervision of attorneys Orihuela and Wishnie in the above-captioned matter.

Dated: September 4, 2018

Respectfully submitted,

/s/ Marisol Orihuela

Erin Drake, Law Student Intern
Clare Kane, Law Student Intern
Amber Qureshi, Law Student Intern
Marisol Orihuela[†]
Michael Wishnie (BBO# 568654)
Jerome N. Frank Legal Svcs. Org.
P.O. Box 209090
New Haven, CT 06520
Phone: (203) 432-4800
Fax: (203) 432-1426
marisol.orihuela@ylsclinics.org
michael.wishnie@ylsclinics.org

Ahilan T. Arulanantham[†]
ACLU Immigrants' Rights Project
1313 West 8th Street
Los Angeles, CA 90017
213-977-5211
aarulanantham@aclusocal.org

Anant K. Saraswat (BBO# 676048)
Wolf, Greenfield & Sacks, P.C.
600 Atlantic Avenue
Boston, MA 02210
Tel: 617-646-8000
Fax: 617-646-8646
anant.saraswat@wolfgreenfield.com

Michael K.T. Tan[†]
ACLU Immigrants' Rights Project
125 Broad Street, 18th Floor
New York, NY 10004
212-519-7848 (p)
212-549-2654 (f)
mtan@aclu.org

*Counsel for Plaintiffs*

[†] Admitted *pro hac vice*.

## CERTIFICATE OF SERVICE

I hereby certify that, on September 4, 2018, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by email to all parties by operation of this court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF system.


Date:   September 4, 2018

Respectfully submitted,


 /s/ Michael J. Wishnie
Michael J. Wishnie (BBO# 568654)
Jerome N. Frank Legal Services
Organization
P.O. Box 209090
New Haven, CT 06520
P: (203) 432-4800
F: (203) 432-1426