UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Mark Anthony REID,<br><br>on behalf of himself and others similarly situated,<br><br>*Plaintiffs-Petitioners,*<br><br>v.<br><br>Christopher DONELAN, Sheriff, Franklin County, MA, et al.,<br><br>*Defendants-Respondents.* | Case No. 3:13-cv-30125-PBS<br><br>Date: September 4, 2018 |

## LAW STUDENT CERTIFICATION FORM FOR CLARE KANE

1. **Law Student Certification**

    I certify that:

    a. I am a student duly enrolled in my third year of study in Yale Law School in accordance with Local Rule 83.5.4(b)(1) of the District of Massachusetts;

    b. I will appear without compensation on behalf of an indigent client in civil proceedings in accordance with Local Rule 83.5.4(d)(3)(B);

    c. I will appear in a case that is supervised by Profs. Marisol Orihuela, who has been admitted in this matter *pro hac vice*, and Michael J. Wishnie, who are both employed in a law school clinical program in accordance with Local Rule 83.5.4(d)(3)(B); and

    d. I have read and will abide by the standards of professional conduct set out in Rules 3:07 and 3:08 of the Rules of the Supreme Judicial Court of Massachusetts, and I am familiar with the local rules of this district.

| | | |
|---|---|---|
| 9/4/2018 | *Clare Kane* | *Clare Kane* |
| Date | Signature of Student | Name of Student (printed) |

2. **Recommendation of Law School Dean**

    I certify that this student:

    a. Is currently enrolled in the third year of law school study;

    b. Is currently participating in a law school clinical instruction program; and

    c. Has the character, legal ability, and training, to the best of my knowledge, to provide legal representation permitted by this rule.

| | |
|---|---|
| 9-4-2018 | *[signature]* |
| Date | Signature of Dean |

3. **Consent of Client**

    I authorize this student:

    a. To appear in court or at other proceedings on my behalf;

    b. To prepare documents on my behalf;

    c. To represent me in the following litigation: *Reid v. Donelan*.

I am aware that she is a law student, that she is not admitted to the bar and that she will appear pursuant to the United States District Court, District of Massachusetts, Student Practice Rule.

| | |
|---|---|
| 9/4/18 | *[signature]* |
| Date | Signature of Client |
| 9/4/18 | *[signature]* |
| Date | Signature of Supervising Attorney |