# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Mark Anthony REID, <br><br> on behalf of himself and others similarly situated, <br><br> *Plaintiffs-Petitioners,* <br><br> v. <br><br> Christopher DONELAN, Sheriff, Franklin County, MA, et al., <br><br> *Defendants-Respondents.* | Case No. 3:13-cv-30125-PBS <br><br><br> Date: September 4, 2018 |

## LAW STUDENT CERTIFICATION FORM FOR AMBER QURESHI

**4. Law Student Certification**

I certify that:

e. I am a student duly enrolled in my third year of study in Yale Law School in accordance with Local Rule 83.5.4(b)(1) of the District of Massachusetts;

f. I will appear without compensation on behalf of an indigent client in civil proceedings in accordance with Local Rule 83.5.4(d)(3)(B);

g. I will appear in a case that is supervised by Profs. Marisol Orihuela, who has been admitted in this matter *pro hac vice*, and Michael J. Wishnie, who are both employed in a law school clinical program in accordance with Local Rule 83.5.4(d)(3)(B); and

h. I have read and will abide by the standards of professional conduct set out in Rules 3:07 and 3:08 of the Rules of the Supreme Judicial Court of Massachusetts, and I am familiar with the local rules of this district.

| | | |
|---|---|---|
| 9/4/2018 | _____ | Amber Qureshi |
| Date | Signature of Student | Name of Student (printed) |

5. **Recommendation of Law School Dean**

   I certify that this student:

   d. Is currently enrolled in the third year of law school study;

   e. Is currently participating in a law school clinical instruction program; and

   f. Has the character, legal ability, and training, to the best of my knowledge, to provide legal representation permitted by this rule.

   | | |
   |---|---|
   | 9-4-2018 | _____ |
   | Date | Signature of Dean |

6. **Consent of Client**

   I authorize this student:

   d. To appear in court or at other proceedings on my behalf;

   e. To prepare documents on my behalf;

   f. To represent me in the following litigation: *Reid v. Donelan*.

I am aware that she is a law student, that she is not admitted to the bar and that she will appear pursuant to the United States District Court, District of Massachusetts, Student Practice Rule.

| | |
|---|---|
| 9/4/18 | _____ |
| Date | Signature of Client |
| 9/4/18 | _____ |
| Date | Signature of Supervising Attorney |