UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Mark Anthony REID, <br><br> on behalf of himself and others similarly situated, <br><br> *Plaintiffs-Petitioners,* <br><br> v. <br><br> Christopher DONELAN, Sheriff, Franklin County, MA, et al., <br><br> *Defendants-Respondents.* | Case No. 3:13-cv-30125-PBS <br><br> Date: September 4, 2018 |

## DECLARATION OF ERIN DRAKE

I, Erin Drake, upon my personal knowledge and in accordance with 28 U.S.C. § 1746, declare as follows:

1. I am a second-year law student at Yale Law School and am currently in my second semester as a Law Student Intern in the Worker and Immigrant Rights Advocacy Clinic (WIRAC) of the Jerome N. Frank Legal Services Organization (LSO), working under the supervision of attorneys Marisol Orihuela and Michael J. Wishnie.

2. I am over eighteen years of age and understand the obligation of an oath.

3. I am one of the law students who participated in preparing the briefing in this case following the First Circuit's order on May 14, 2018 (Dkt. No. 356).

4. I understand that Rule 83.5.4(b)(3) of the Local Rules of the United States District Court for the District of Massachusetts requires that law students successfully complete a course for credit in civil procedure before they can appear in a civil case in this Court.

5. I completed a course in civil procedure at Yale Law School in fall of 2017.

6. I understand that Rule 83.5.4(b)(1)(B) of the Local Rules of the United States District Court for the District of Massachusetts requires that law students successfully take or enroll in evidence or trial practice before they can appear in this Court.

7. I have not completed, and am not currently enrolled in, a course for credit in evidence or trial practice. I intend to enroll in the course, Evidence, at Yale Law School before I graduate.

8. I have worked on three matters in WIRAC focused on immigration and workers' rights.

9. I worked on complex criminal litigation matters at the Federal Public Defenders for the Middle District of Tennessee, including drafting sections of a trial brief for a lethal injection protocol challenge, sections of a motion for a stay of execution, and motions for termination of supervised release.

10. I participate in the Civil Rights Project at Yale Law School, including an investigative spring break trip with Civil Rights Corp, a legal non-profit based in Washington, D.C.

11. Before attending Yale Law School, I worked in the Lesbian, Gay, Bisexual, Transgender and HIV Project for the American Civil Liberties Union as a paralegal and had previously worked at the Sex Crimes Unit of the District Attorney's Office as an investigative analyst and paralegal.

I hereby declare under penalty of perjury that the foregoing is true and correct.

September 4, 2018
New Haven, CT

Erin Drake
Law Student Intern
Jerome N. Frank Legal Services Organization