UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Mark Anthony REID,<br><br>on behalf of himself and others similarly situated,<br><br>*Plaintiffs-Petitioners,*<br><br>v.<br><br>Christopher DONELAN, Sheriff, Franklin County, MA, et al.,<br><br>*Defendants-Respondents.* | Case No. 3:13-cv-30125-PBS<br><br>Date: September 4, 2018 |

## DECLARATION OF CLARE KANE

I, Clare Kane, upon my personal knowledge and in accordance with 28 U.S.C. § 1746, declare as follows:

1. I am a third-year law student at Yale Law School and am currently in my fourth semester as a Law Student Intern in the Worker and Immigrant Rights Advocacy Clinic (WIRAC) of the Jerome N. Frank Legal Services Organization (LSO), working under the supervision of attorneys Marisol Orihuela and Michael J. Wishnie.

2. I am over eighteen years of age and understand the obligation of an oath.

3. I am one of the law students who participated in preparing the briefing in this case following the First Circuit's order on May 14, 2018 (Dkt. No. 356).

4. I understand that Rule 83.5.4(b)(3) of the Local Rules of the United States District Court for the District of Massachusetts requires that law students successfully complete a course for credit in civil procedure before they can appear in a civil case in this Court.

5. I completed a course in civil procedure at Yale Law School in fall of 2016.

6. I understand that Rule 83.5.4(b)(1)(B) of the Local Rules of the United States District Court for the District of Massachusetts requires that law students successfully take or enroll in evidence or trial practice before they can appear in this Court.

7. I intend to enroll in a course in evidence or trial practice at Yale Law School before I graduate.

8. I have been a member of the *Reid* team and the WIRAC clinic since January 2017, and have assisted with all briefing since then; briefed and represented class members in their individual bond hearings in immigration court; taken a lead role in class member case management and case theory in my two years on the case; and taught and mentored newer law students who are assigned to work on *Reid*. Additionally, as a member of WIRAC, I took a lead role in press strategy for *Darweesh v. Trump* by attending district court hearings in the Eastern District of New York, and interviewing about the case with national press outlets, including the *New York Times*.

9. I interned at the ACLU Immigrant Rights Project in San Francisco from May-August 2018, where I participated in strategy discussions about *Reid v. Donelan* and its sister case before the Supreme Court, *Jennings v. Rodriguez*.

10. I interned in the deportation defense unit at the San Francisco Public Defenders from May-October 2017, where I spent six weeks in trial on the defense team for Jose Ines Garcia Zarate under the supervision of Matt Gonzalez, Chief Attorney at the SF Public Defender. I prepared the jury questionnaire in the case, coded jury responses, wrote and assisted with voir dire, wrote and assisted with motions *in limine*, and participated in daily trial strategy meetings.

I hereby declare under penalty of perjury that the foregoing is true and correct.

September 4, 2018
New Haven, CT

*Clare Kane*
Clare Kane
Law Student Intern
Jerome N. Frank Legal Services Organization