UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Mark Anthony REID,<br><br>on behalf of himself and others similarly situated,<br><br>*Plaintiffs-Petitioners,*<br><br>v.<br><br>Christopher DONELAN, Sheriff, Franklin County, MA, et al.,<br><br>*Defendants-Respondents.* | Case No. 3:13-cv-30125-PBS<br><br>Date: September 4, 2018 |

## DECLARATION OF AMBER QURESHI

I, Amber Qureshi, upon my personal knowledge and in accordance with 28 U.S.C. § 1746, declare as follows:

1. I am a third-year law student at Yale Law School and am currently in my second semester as a Law Student Intern in the Worker and Immigrant Rights Advocacy Clinic (WIRAC) of the Jerome N. Frank Legal Services Organization (LSO), working under the supervision of attorneys Marisol Orihuela and Michael J. Wishnie.

2. I am over eighteen years of age and understand the obligation of an oath.

3. I am one of the law students who participated in preparing the briefing in this case following the First Circuit's order on May 14, 2018 (Dkt. No. 356).

4. I understand that Rule 83.5.4(b)(3) of the Local Rules of the United States District Court for the District of Massachusetts requires that law students successfully complete a course for credit in civil procedure before they can appear in a civil case in this Court.

5. I completed a course in civil procedure at Yale Law School in fall of 2016.

6. I understand that Rule 83.5.4(b)(1)(B) of the Local Rules of the United States District Court for the District of Massachusetts requires that law students successfully take or enroll in evidence or trial practice before they can appear in this Court.

7. I intend to enroll in the course, Evidence, at Yale Law School before I graduate.

8. In the Summer of 2018, I worked as a legal intern at Muslim Advocates, a national civil rights organization. I did legal research and wrote legal memos on various civil litigation matters. I also drafted motions and pleadings, including a complaint and a temporary restraining order filed in the United States District Court for the District of Columbia.

9. In May 2018, under the supervision of attorneys in WIRAC, I represented a *Reid* class member for his bond hearing before an immigration judge.

10. I completed three semesters in the Rule of Law Clinic at Yale Law School, during which I conducted legal research, wrote legal memos, and assisted with preparation for civil trial. I also completed one semester in the Allard K. Lowenstein International Human Rights Clinic at Yale Law School, during which I wrote an amicus brief for the United Kingdom Supreme Court.

I hereby declare under penalty of perjury that the foregoing is true and correct.

September 4, 2018
New Haven, CT

_____
Amber Qureshi
Law Student Intern
Jerome N. Frank Legal Services Organization