**DEFENDANTS' EXHIBIT 2**

## SUMMARY OF OFFENSES, CRIMES AND CONVICTIONS REFERENCED IN 8 U.S.C. § 1226(c)

8 U.S.C. § 1226(c), INA § 236(c) provides that:

> The Attorney General shall take into custody any alien who is *inadmissible* by reason of having committed any offense covered in [INA] section **212(a)(2)**; is *deportable* by reason of having committed any offense covered in [INA] section **237(a)(2)(A)(ii), (A)(iii), (B), (C), or (D)**; is deportable under [INA] section **237(a)(2)(A)(i)** on the basis of an offense for which the alien has been *sentenced to a term of imprisonment of at least 1 year*, or is inadmissible under [INA] section **212(a)(3)(B)** or deportable under [INA] section **237(a)(4)(B)**, when the alien is released, without regard to whether the alien is released on parole, supervised release, or probation, and without regard to whether the alien may be arrested or imprisoned again for the same offense.

Defendants hereby provide this <u>non-exhaustive</u> <u>overview</u> of offenses, crimes, and/or convictions described under INA § 212(a)(2) and § 237(a)(2)(A), (B), (C), (D). Defendants ultimately refer the Court to the statutory text for a more comprehensive review and specific statutory definitions and cross-references.

**INA § 212(a)(2), 8 U.S.C. § 1182(a)(2)**
- Crime Involving Moral Turpitude
- Controlled Substance Offense
  - There is an exception for an alien who committed only one crime: when under 18 years of age, and the crime was committed more than 5 years before the date of application for admission to the United States or, if the maximum possible penalty did not exceed imprisonment for one year and the alien was not sentenced to a term of imprisonment in excess of 6 months.
- Multiple Criminal Convictions
  - For which the aggregate sentences to confinement were 5 years or more.
- Controlled Substance Traffickers
- Prostitution and Commercialized Vice
- Significant Traffickers in Persons
- Money Laundering

**INA § 237(a)(2)(A)(ii), 8 U.S.C. § 1227(a)(2)(A)(ii)**
- Multiple Criminal Convictions for two or more Crimes Involving Moral Turpitude, not arising out of a single scheme

**INA § 237(a)(2)(A)(iii), 8 U.S.C. § 1227(a)(2)(A)(iii)**
- Aggravated Felony
    - As defined by INA § 101(a)(43)(A)-(U); 8 U.S.C. 1101(a)(43)(A)-(U) including:
        (A)  Murder, Rape, or Sexual Abuse of a Minor;
        (B)  Trafficking in Controlled Substance;
        (C)  Trafficking in Firearms, Destructive Devices or Explosive Materials;
        (D)  Offense relating to Money Laundering that exceeds $10,000;
        (E)  Offense relating to explosive materials offenses or firearms;
        (F)  Crime of Violence with a term of imprisonment of at least 1 year;
        (G)  Theft or Burglary offense with a term of imprisonment at least 1 year;
        (H)  Offense relating to Ransom;
        (I)   Offense relating to Child Pornography);
        (J)  Offense relating to Racketeer influenced corrupt organizations
        (K)  Offense relating to Prostitution or Peonage, Slavery, Involuntary Servitude, and Trafficking in Persons);
        (L)  Offense relating to National Defense Information, Disclosure of Classified Information, Sabotage, or Treason;
        (M) Offense that involves Fraud or Deceit in which the loss to the victim or victims exceeds $10,000; or that relates to Tax Evasion in which the revenue loss to the Government exceeds $10,000;
        (N)  Offense relating to Alien Smuggling;
        (O)  Offense described in section 275(a) or 276 committed by an alien who was previously deported on the basis of a conviction for an offense described in another subparagraph of this paragraph;
        (P)  Offense of Falsely Making, Forging, Counterfeiting, Mutilating, or Altering a Passport or relating to Document Fraud, and for which the term of imprisonment is at least 12 months;
        (Q)  Offense relating to a Failure to Appear by a defendant for service of sentence if the underlying offense is punishable by imprisonment for a term of 5 years or more;
        (R)  Offense relating to Commercial Bribery, Counterfeiting, Forgery, or Trafficking in vehicles the identification numbers of which have been altered for which the term of imprisonment is at least one year;
        (S)  Offense relating to Obstruction of Justice, Perjury or Subornation of Perjury, or Bribery of a Witness, for which the term of imprisonment is at least one year;
        (T)  Offense relating to a Failure to Appear before a court pursuant to a court order to answer to or dispose of a charge of a felony for which a sentence of 2 years' imprisonment or more may be imposed;
        (U)  Attempt or Conspiracy to commit an offense described in this paragraph.

**INA § 237(a)(2)(B), 8 U.S.C. § 1227(a)(2)(B)**
- Controlled Substance Conviction
    - Except single offense of possession for own use of 30 grams or less of marijuana.

**INA § 237(a)(2)(C), 8 U.S.C. § 1227(a)(2)(C)**
- Certain Firearm Offenses

**INA § 237(a)(2)(D), 8 U.S.C. § 1227(a)(2)(D)**
- Miscellaneous Crimes
    - Any alien who at any time has been convicted of, or has been so convicted of a conspiracy or attempt to violate (i) any offense under chapter 37 (relating to espionage), chapter 105 (relating to sabotage), or chapter 115 (relating to treason and sedition) of title 18, United States Code, for which a term of imprisonment of five or more years may be imposed; (ii) any offense under section 871 or 960 of title 18, United States Code; (iii) a violation of any provision of the Military Selective Service Act (50 U.S.C. App. 451 et seq.) or the Trading With the Enemy Act (50 U.S.C. App. 1 et seq.); or (iv) a violation of section 215 or 278 of this Act.