# PLAINTIFFS' EXHIBIT A

# The Jerome N. Frank Legal Services Organization

YALE LAW SCHOOL

October 3, 2018

**Via Email**

Elianis Pérez
Assistant Director
United States Department of Justice
Office of Immigration Litigation – District Court Section
P.O. Box 868
Ben Franklin Station
Washington, DC 20044

   **Re:** *Reid v. Donelan et. al.,* 3:13-cv-30125 (D. Mass.)

Dear Ms. Pérez,

We write to follow up on our September 19, 2018 request to meet and confer regarding obtaining targeted discovery relevant to the Court's inquiry into the constitutionality of the government's detention practice under 8 U.S.C. § 1226(c).

At the hearing on September 17, 2018, the Court articulated its need "to understand what's happening in the field" in relation to the government's practice of detaining individuals for extended periods of time under Section 1226(c) and to gain an understanding of the profiles of individuals detained under this provision who obtain various forms of immigration relief. *See* Transcript of Motion Hearing at 56-60, *Reid v. Donelan*, No. 13-30125 (D. Mass. Sept. 17, 2018). The Court instructed the parties to "confer and find out what information is out there," *id.* at 60. The Court further indicated it would "not stay[] any kind of discovery" in the case. *Id.* at 57. Based on this directive, Plaintiffs write to request information we believe would not be difficult for the government to provide and that would provide the Court with the evidentiary record it has described.

During the September 17 hearing, Judge Saris asked the government to provide empirical data in order to facilitate her understanding of how the government constructed, monitors, and evaluates its Section 1226(c) detention practice. *Id* at 10, 13-20, 46-48, 56-60. In order to facilitate compliance with the Court's mandate for limited, expedited discovery, Plaintiffs submit the following requests for production. *See* Fed.R.Civ.P. 34.

*Requests for Production*

1. Because the Executive Office for Immigration Review ("EOIR") has made public, as of August 2018, database information for all individuals in immigration court proceedings, Plaintiffs request very limited database information from EOIR in this case. Specifically, plaintiffs request, in an electrical database format such as Excel or csv, a list of names, A-numbers, and corresponding "idncase" numbers for all individuals detained pursuant to 1226(c) in Massachusetts and New Hampshire since July 1, 2013. Plaintiffs note that in some cases one individual will have more than one idncase number; those individuals should have more than one row in the list produced by EOIR.

P.O. BOX 209090, NEW HAVEN, CONNECTICUT 06520-9090 · TELEPHONE 203 432-4800 · FACSIMILE 203 432-1426
COURIER ADDRESS 127 WALL STREET, NEW HAVEN, CONNECTICUT 06511

2. Plaintiffs request complete "A" files, or alien files, of every *Reid* Class Member.[1]
3. Plaintiffs request complete "A" files, or alien files, of all putative *Reid* Class Members currently detained in New Hampshire.
4. Plaintiffs request all electronic database information concerning Risk Classification Assessments ("RCAs") conducted by ICE of every *Reid* Class Member and all putative *Reid* Class Members currently detained in New Hampshire. This information should include all information entered by officers into the RCA, including, for example, criminal history information. This should also include all database information concerning the results of the RCA, including the date on which it was conducted, its status and result, any determinations concerning danger, flight risk, or other relevant factors, any information concerning the recommendation of the RCA algorithm, the field officer, and the supervisor, and any numerical or other scores produced.

In light of the October 17th deadline for filing a status report, we would request production or a response to these production requests be provided by October 10, 2018. Please let us know if we can provide any additional clarification regarding any of these requests. We look forward to proceeding productively with you.

Respectfully,

Erin Drake, Law Student Intern
Clare Kane, Law Student Intern
Aseem Mehta, Law Student Intern[*]
Amber Qureshi, Law Student Intern
Marisol Orihuela[†]
Michael Wishnie (BBO# 568654)
Jerome N. Frank Legal Svcs. Org.
P.O. Box 209090
New Haven, CT 06520
Phone: (203) 432-4800
Fax: (203) 432-1426
marisol.orihuela@ylsclinics.org
michael.wishnie@ylsclinics.org

Ahilan T. Arulanantham[†]
ACLU Immigrants' Rights Project
1313 West 8th Street
Los Angeles, CA 90017
213-977-5211
aarulanantham@aclusocal.org

Anant K. Saraswat (BBO# 676048)
Wolf, Greenfield & Sacks, P.C.
600 Atlantic Avenue
Boston, MA 02210
Tel: 617-646-8000
Fax: 617-646-8646
anant.saraswat@wolfgreenfield.com

Michael K.T. Tan[†]
ACLU Immigrants' Rights Project
125 Broad Street, 18th Floor
New York, NY 10004
212-519-7848 (p)
212-549-2654 (f)
mtan@aclu.org

*Counsel for Plaintiffs*

[*] Law student appearance forthcoming.
[†] Admitted *pro hac vice*.

---

[1] "*Reid* Class Member" refers to any person who is or has at any time been eligible for or has been granted a bond hearing in immigration court pursuant to any order issued in *Reid v. Donelan*, 3:13-cv-30125 (D. Mass.). Plaintiffs are willing and able to provide Defendants with the Alien Registration numbers of all *Reid* Class Members, should it be useful to Defendants.