UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Mark Anthony REID, *et al.*, on behalf of themselves and others similarly situated,<br><br>*Plaintiffs-Petitioners,*<br><br>v.<br><br>Christopher DONELAN, Sheriff, Franklin County, MA, *et al.*,<br><br>*Defendants-Respondents.* | Case No. 3:13-cv-30125-PBS<br><br>November 23, 2018 |

## PLAINTIFFS' MOTION FOR ENTRY OF PROPOSED SCHEDULING ORDER

Plaintiff-Petitioner Leo Felix Charles, through undersigned counsel, hereby moves for entry of the proposed scheduling order on his individual Petition for Writ of Habeas Corpus and Complaint for Declaratory and Injunctive Relief.

This Court granted Plaintiffs' motion to allow Mr. Charles to join the case as an additional Plaintiff-Petitioner on October 23, 2018, ECF 416, which he promptly did upon filing the First Amended Complaint. ECF 421. The Court also denied Plaintiffs' Motion for Summary Judgment for the class without prejudice, ECF 418, and set a briefing schedule for summary judgment motions on behalf of the class, with an opening brief due March 30, 2019, after the completion of limited discovery. ECF 420. By this motion, Mr. Charles requests a scheduling order to proceed on the individual claims presented in his Petition for Writ of Habeas Corpus.

In the course of the proceedings of this case, Judge Ponsor previously set a briefing schedule and adjudicated a Motion for Summary Judgment brought on behalf of an individual named plaintiff, Mark Reid, ECF 80, months before Judge Ponsor adjudicated claims brought on

behalf of the class. ECF 142. Just as Judge Ponsor allowed Mr. Reid to seek individual habeas relief in advance of an adjudication of the class claims, so too does Mr. Charles request a similar scheduling order.

Defendants have already detained Mr. Charles for approximately nine months, since February 2018, and his detention will likely last for one year or more before briefing is completed and the Court has had an opportunity to rule. He seeks a scheduling order in order to proceed in his constitutional claims for relief from mandatory, prolonged detention without a bond hearing.

A proposed order accompanies this motion. Defendants oppose this motion.

November 23, 2018

Respectfully submitted,

/s/ Michael Wishnie

Erin Drake, Law Student Intern
Clare Kane, Law Student Intern
Aseem Mehta, Law Student Intern[*]
Amber Qureshi, Law Student Intern
Marisol Orihuela[†]
Michael Wishnie (BBO# 568654)
Jerome N. Frank Legal Svcs. Org.
P.O. Box 209090
New Haven, CT 06520
Phone: (203) 432-4800
Fax: (203) 432-1426
marisol.orihuela@ylsclinics.org
michael.wishnie@ylsclinics.org

Ahilan T. Arulanantham[†]
ACLU Immigrants' Rights Project
1313 West 8th Street
Los Angeles, CA 90017
213-977-5211
aarulanantham@aclusocal.org

Anant K. Saraswat (BBO# 676048)
Wolf, Greenfield & Sacks, P.C.
600 Atlantic Avenue
Boston, MA 02210
Tel: 617-646-8000
Fax: 617-646-8646
anant.saraswat@wolfgreenfield.com

Michael K.T. Tan[†]
ACLU Immigrants' Rights Project
125 Broad Street, 18th Floor
New York, NY 10004
212-519-7848 (p)
212-549-2654 (f)
mtan@aclu.org

*Counsel for Plaintiffs*

[*] Law student appearance forthcoming.
[†] Admitted *pro hac vice*.

## CERTIFICATE OF SERVICE

    I hereby certify that, on November 23, 2018, a copy of the foregoing PLAINTIFFS' MOTION FOR ENTRY OF PROPOSED SCHEDULING ORDER was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF system.

Dated: November 23, 2018

                                          Respectfully submitted,

                                          /s/ Marisol Orihuela
                                          Marisol Orihuela
                                          Jerome N. Frank Legal Services Organization
                                          P.O. Box 209090
                                          New Haven, CT 06520
                                          P: (203) 432-4800
                                          F: (203) 432-1426