# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Mark Anthony REID, *et al.*, on behalf of themselves and others similarly situated,<br><br>*Plaintiffs-Petitioners,*<br><br>v.<br><br>Christopher DONELAN, Sheriff, Franklin County, MA, *et al.*,<br><br>*Defendants-Respondents.* | Case No. 3:13-cv-30125-PBS<br><br>November 23, 2018 |

## PLAINTIFFS' PROPOSED SCHEDULING ORDER

Having considered the Plaintiffs' MOTION FOR ENTRY OF PROPOSED SCHEDULING ORDER, this motion is hereby GRANTED and the following schedule is entered:

1. Plaintiffs will file their Motion for Summary Judgment as to Mr. Charles's individual Petition for Writ of Habeas Corpus and Complaint for Declaratory and Injunctive Relief on or before December 7, 2018.

2. Defendants will file their Opposition to Plaintiffs' Motion for Summary Judgment on or before January 7, 2019.

3. Plaintiffs will file their Reply to Defendants' Opposition on or before January 18, 2019.

_____
Patti B. Saris
United States District Judge