**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| Mark Anthony REID, *et al.*, on behalf of themselves and others similarly situated, | ) ) ) ) | Case No. 3:13-cv-30125-PBS |
| *Plaintiffs-Petitioners,* | ) ) |  |
| v. | ) ) | January 16, 2019 |
| Christopher DONELAN, Sheriff, Franklin County, MA, *et al.*, | ) ) ) |  |
| *Defendants-Respondents.* | ) ) |  |

# MOTION BY LEO FELIX CHARLES FOR WRIT OF HABEAS CORPUS AND FOR SUMMARY JUDGMENT

Erin Drake, Law Student Intern
Clare Kane, Law Student Intern
Aseem Mehta, Law Student Intern[*]
Marisol Orihuela[†]
Michael Wishnie (BBO# 568654)
Jerome N. Frank Legal Svcs. Org.
P.O. Box 209090
New Haven, CT 06520
Phone: (203) 432-4800
Fax: (203) 432-1426
michael.wishnie@ylsclinics.org


Ahilan T. Arulanantham[†]
ACLU Immigrants' Rights Project
1313 West 8th Street
Los Angeles, CA 90017
213-977-5211
aarulanantham@aclusocal.org

Anant K. Saraswat (BBO# 676048)
Wolf, Greenfield & Sacks, P.C.
600 Atlantic Avenue
Boston, MA 02210
Tel: 617-646-8000
Fax: 617-646-8646
anant.saraswat@wolfgreenfield.com

Michael K.T. Tan[†]
ACLU Immigrants' Rights Project
125 Broad Street, 18th Floor
New York, NY 10004
212-519-7848 (p)
212-549-2654 (f)
mtan@aclu.org

*Counsel for Plaintiffs*
*Law student appearance forthcoming.
[†] Admitted *pro hac vice*.

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Plaintiff-Petitioner Leo Felix Charles hereby moves this Court to enter summary judgment granting his individual petition for writ of habeas corpus. In support of this motion, Mr. Charles submits a memorandum of law with exhibits and the attached Rule 56.1 statement. On this motion, Mr. Charles seeks only individual relief, in the nature of an order that Defendants afford him a bond hearing before an Immigration Judge. On this motion, he does not seek relief for the entire class, nor does he request any change to the Court's existing order regarding discovery and a schedule for summary judgment motions regarding the class. Dkt. No. 420.

For the reasons stated in the contemporaneously filed Brief in Support of the Motion for Summary Judgment, this motion should be granted and Mr. Charles should be afforded a bond hearing before an Immigration Judge.

Respectfully submitted,

/s/ Michael Wishnie

Erin Drake, Law Student Intern
Clare Kane, Law Student Intern
Aseem Mehta, Law Student Intern[*]
Marisol Orihuela[†]
Michael Wishnie (BBO# 568654)
Jerome N. Frank Legal Svcs. Org.
P.O. Box 209090
New Haven, CT 06520
Phone: (203) 432-4800
Fax: (203) 432-1426
michael.wishnie@ylsclinics.org


Ahilan T. Arulanantham[†]
ACLU Immigrants' Rights Project
1313 West 8th Street
Los Angeles, CA 90017
213-977-5211
aarulanantham@aclusocal.org

Anant K. Saraswat (BBO# 676048)
Wolf, Greenfield & Sacks, P.C.
600 Atlantic Avenue
Boston, MA 02210
Tel: 617-646-8000
Fax: 617-646-8646
anant.saraswat@wolfgreenfield.com

Michael K.T. Tan[†]
ACLU Immigrants' Rights Project
125 Broad Street, 18th Floor
New York, NY 10004
212-519-7848 (p)
212-549-2654 (f)
mtan@aclu.org

*Counsel for Plaintiffs*
*Law student appearance forthcoming.
[†] Admitted *pro hac vice*.

## CERTIFICATE OF SERVICE

      I hereby certify that, on January 16, 2019, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by mail to all parties by operation of this court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF system.

Date:   January 16, 2019

                                                      Respectfully submitted,

                                                      /s/ Michael J. Wishnie
                                                    Michael J. Wishnie (BBO# 568654)
                                                    Jerome N. Frank Legal Services Organization
                                                    P.O. Box 209090
                                                    New Haven, CT 06520
                                                    P: (203) 432-4800
                                                    F: (203) 432-1426