# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| Mark Anthony REID, *et al.*, on behalf of themselves and others similarly situated,<br><br>*Plaintiffs-Petitioners,*<br><br>v.<br><br>Christopher DONELAN, Sheriff, Franklin County, MA, *et al.*,<br><br>*Defendants-Respondents.* | Case No. 3:13-cv-30125-PBS<br><br><br>January 16, 2019 |

## STATEMENT OF UNDISPUTED FACTS

Erin Drake, Law Student Intern
Clare Kane, Law Student Intern
Aseem Mehta, Law Student Intern[*]
Marisol Orihuela[†]
Michael Wishnie (BBO# 568654)
Jerome N. Frank Legal Svcs. Org.
P.O. Box 209090
New Haven, CT 06520
Phone: (203) 432-4800
Fax: (203) 432-1426
michael.wishnie@ylsclinics.org



Ahilan T. Arulanantham[†]
ACLU Immigrants' Rights Project
1313 West 8th Street
Los Angeles, CA 90017
213-977-5211
aarulanantham@aclusocal.org

Anant K. Saraswat (BBO# 676048)
Wolf, Greenfield & Sacks, P.C.
600 Atlantic Avenue
Boston, MA 02210
Tel: 617-646-8000
Fax: 617-646-8646
anant.saraswat@wolfgreenfield.com

Michael K.T. Tan[†]
ACLU Immigrants' Rights Project
125 Broad Street, 18th Floor
New York, NY 10004
212-519-7848 (p)
212-549-2654 (f)
mtan@aclu.org

*Counsel for Plaintiffs*

[*] Law student appearance forthcoming.
[†] Admitted *pro hac vice*.

Pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rule 56.1, Plaintiff Leo Felix Charles submits the following statement of undisputed facts in support of his Motion for Summary Judgment on his Petition for Writ of Habeas Corpus.

1. Defendants have held Leo Felix Charles in immigration custody in Franklin County Jail (MA), Bristol County House of Corrections (MA) and Strafford County House of Corrections (NH) since February 2, 2018. Dkt. No. 387-3 ¶ 6; Pl.'s Ex. 1 ¶¶ 1-2(Charles Decl.).
2. Mr. Charles came to the United States lawfully from Haiti in 1982 on a nonimmigrant visa. Dkt. No. 387-3 ¶ 2.
3. After arriving in the United States, Mr. Charles worked at auto body shops. He learned how to fix cars from reading and from observing other mechanics. He most recently worked at an auto body shop in Bridgeport, CT. Dkt. No. 387-3 ¶ 16.
4. Mr. Charles taught himself English after his arrival, attended church in the United States, and spent time with his girlfriend and family in Bridgeport, CT. Dkt. No. 387-3 ¶ 16.

Procedural History

5. Mr. Charles was convicted of a drug offense in 1998, for which he was incarcerated for eleven years. Dkt. No. 387-3 ¶ 3.
6. In 2003, Mr. Charles was granted relief under the Convention Against Torture. Dkt. No. 387-3 ¶ 5. Specifically, Immigration Judge ("IJ") Straus found that Mr. Charles would likely be detained on arrival in Haiti and subjected to torture, which is pervasive in Haitian prisons. Pl.'s Ex. A at 8-9 (2003 Immigration Judge Decision). IJ Straus also found that Mr. Charles was at risk of torture at the hands of government official Nawoum Marcellus or his associates, citing the corruption of the government and the influence of drug gangs over the government in Haiti. *Id.*
7. In 2013, Mr. Charles was convicted of first-degree assault, for which he served a sentence until February 2, 2018. He was then transferred directly to ICE custody. Dkt. No. 387-3 ¶ 6.
8. In February 2018, IJ Straus terminated his Convention Against Torture deferral of removal on a DHS motion and ordered him removed. Dkt. No. 387-3 ¶ 7. The termination was based on the IJ's *de novo* review after the government alleged changed country conditions in Haiti and represented that they had new evidence regarding the location of individuals whom Mr. Charles feared. Pl.'s Ex. 1 ¶¶ 4-6 (Charles Decl.).
9. On February 23, 2018, Mr. Charles filed an appeal and motion for stay of removal with the Board of Immigration Appeals. Dkt. No. 387-3 ¶ 8.
10. In October 2018, the BIA dismissed Mr. Charles's appeal. Pl.'s Ex. 1 ¶ 8 (Charles Decl.).
11. Mr. Charles filed a *pro se* Petition for Review and Motion for Stay of Removal in the Second Circuit Court of Appeals on October 19, 2018. Pl.'s Ex. 1 ¶ 9 (Charles Decl.).
12. Mr. Charles secured *pro bono* counsel to represent him on his Petition for Review before the Second Circuit. Pl.'s Ex. 1 ¶ 10 (Charles Decl.).

13. On December 11, 2018, the Second Circuit granted Mr. Charles's motion for stay of removal and ordered briefing on his Petition for Review. Pl.'s Ex. 1 ¶ 11 (Charles Decl.). His opening brief is due March 15, 2019. *Id.* ¶ 12.

Experience in Detention

14. Mr. Charles suffers from many health problems and he has limited access to proper medical care in detention. He is currently in a wheelchair and has not been able to get the surgery he needs to restore his ability to walk. He takes twenty pills per day and receives injection of two types of insulin to treat his diabetes, twice per day. Dkt. No. 387-3 ¶¶ 9-11.
15. Mr. Charles suffers from diabetes, high blood pressure, acid reflux, and nerve and kidney damage. Pl.'s Ex. 1 ¶¶ 14 (Charles Decl.)
16. Additionally, he suffers from scoliosis, osteoarthiritis, and back problems that have required spinal fusion surgery. Pl.'s Ex. 1 ¶¶ 14-15 (Charles Decl.).
17. Mr. Charles requires knee surgery to replace his right knee. He has not been afforded the opportunity to receive this surgery. Dkt. No. 387-3 ¶ 11.
18. As such, he has been confined to wheelchair despite the fact that after he received spinal fusion surgery, he was advised by his doctor to use the wheelchair sparingly because it would otherwise be deleterious to his back. Pl.'s Ex. 1 ¶¶ 16-17 (Charles Decl.).
19. Mr. Charles underwent a spinal fusion procedure in 2017 which requires ongoing follow-up treatment. He has not been able to access the treatment that he needs to properly recover from his surgery. Dkt. No. 387-3 ¶ 10.
20. Mr. Charles's back condition has worsened and now requires an additional revision surgery. He has not received this surgery. Pl.'s Ex. 1 ¶ 15 (Charles Decl.).
21. Mr. Charles constantly experiences pain while he is detained. The pain makes it very difficult for him to sleep; he is only able to sleep for a few hours each night. He struggles to get in and out of bed each night and morning. Pl.'s Ex. 1 ¶ 18 (Charles Decl.).
22. Mr. Charles is unable to go to the bathroom easily and receives very little assistance. Every time he moves, Mr. Charles experiences pain. The pain medications Mr. Charles receives are not effective. Pl.'s Ex. 1 ¶ 19-20 (Charles Decl.).
23. Given his health conditions, Mr. Charles is supposed to avoid eating salt, spicy food, and red meat. The food that is served in the detention center seldom meets these requirements. Mr. Charles eats only the cereal that he receives with his insulin and whatever food he is able to purchase from the commissary, including tuna and peanut butter. Pl.'s Ex. 1 ¶ 22-23 (Charles Decl.).
24. Defendants have denied Mr. Charles several medications which he is supposed to receive, including iron pills, aspirin, and an oral diabetes medication. He has written letters informing the detention center staff of these deficiencies, however the situation has not been resolved. Pl.'s Ex. 1 ¶ 20-21 (Charles Decl.).
25. Mr. Charles has not received any treatment for his neuropathy. Pl.'s Ex. 1 ¶ 20 (Charles Decl.).

January 16, 2019

Respectfully submitted,

/s/ Michael Wishnie

| | |
|---|---|
| Erin Drake, Law Student Intern | Anant K. Saraswat (BBO# 676048) |
| Clare Kane, Law Student Intern | Wolf, Greenfield & Sacks, P.C. |
| Aseem Mehta, Law Student Intern[*] | 600 Atlantic Avenue |
| Marisol Orihuela[†] | Boston, MA 02210 |
| Michael Wishnie (BBO# 568654) | Tel: 617-646-8000 |
| Jerome N. Frank Legal Svcs. Org. | Fax: 617-646-8646 |
| P.O. Box 209090 | anant.saraswat@wolfgreenfield.com |
| New Haven, CT 06520 | |
| Phone: (203) 432-4800 | Michael K.T. Tan[†] |
| Fax: (203) 432-1426 | ACLU Immigrants' Rights Project |
| michael.wishnie@ylsclinics.org | 125 Broad Street, 18th Floor |
| | New York, NY 10004 |
| | 212-519-7848 (p) |
| | 212-549-2654 (f) |
| Ahilan T. Arulanantham[†] | mtan@aclu.org |
| ACLU Immigrants' Rights Project | |
| 1313 West 8th Street | *Counsel for Plaintiffs* |
| Los Angeles, CA 90017 | |
| 213-977-5211 | [*] Law student appearance forthcoming. |
| aarulanantham@aclusocal.org | [†] Admitted *pro hac vice*. |