## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| Mark Anthony REID, *et al.*, on behalf of themselves and others similarly situated, | ) ) ) ) | Case No. 3:13-cv-30125-PBS |
| *Plaintiffs-Petitioners,* | ) ) ) | |
| v. | ) ) | |
| Christopher DONELAN, Sheriff, Franklin County, MA, *et al.*, | ) ) ) ) | |
| *Defendants-Respondents.* | ) ) | Date:   January 15, 2019 |

## PLAINTIFF'S MOTION TO SEAL

Plaintiff Leo Felix Charles respectfully moves to file under seal Plaintiff Leo Felix Charles's Amended Motion to Stay Removal before the Second Circuit (Exh. D), and medical records (Exh. E) pursuant to Local Rule 7.2. These documents contain confidential and sensitive information. Plaintiffs requested Defendants' position on this. Defendants did not provide a response.

In compliance with District of Massachusetts Standing Procedural Civil Order Re: Sealing Court Documents, dated May 15, 2015, Plaintiffs have attached a declaration explaining the need for the sealing.

Plaintiffs move to seal these documents until further order of the Court. Upon expiration of the impoundment period, Mr. Charles respectfully requests that his counsel be given custody of the unredacted document.

January 15, 2019                               Respectfully submitted,

                                              /s/ Michael Wishnie

Erin Drake, Law Student Intern
Clare Kane, Law Student Intern
Aseem Mehta, Law Student Intern[*]
Marisol Orihuela[†]
Michael Wishnie (BBO# 568654)
Jerome N. Frank Legal Svcs. Org.
P.O. Box 209090
New Haven, CT 06520
Phone: (203) 432-4800
Fax: (203) 432-1426
michael.wishnie@ylsclinics.org


Ahilan T. Arulanantham[†]
ACLU Immigrants' Rights Project
1313 West 8th Street
Los Angeles, CA 90017
213-977-5211
aarulanantham@aclusocal.org

Anant K. Saraswat (BBO# 676048)
Wolf, Greenfield & Sacks, P.C.
600 Atlantic Avenue
Boston, MA 02210
Tel: 617-646-8000
Fax: 617-646-8646
anant.saraswat@wolfgreenfield.com

Michael K.T. Tan[†]
ACLU Immigrants' Rights Project
125 Broad Street, 18th Floor
New York, NY 10004
212-519-7848 (p)
212-549-2654 (f)
mtan@aclu.org

*Counsel for Plaintiffs*
[*]Law student appearance forthcoming.
[†] Admitted *pro hac vice*.

**CERTIFICATE OF SERVICE**

      I hereby certify that, on January 16, 2019, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by mail to all parties by operation of this court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF system.

Date:   January 16, 2019

                                      Respectfully submitted,

                                      /s/ Michael J. Wishnie
                                    Michael J. Wishnie (BBO# 568654)
                                    Jerome N. Frank Legal Services Organization
                                    P.O. Box 209090
                                    New Haven, CT 06520
                                    P: (203) 432-4800
                                    F: (203) 432-1426