UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Mark Anthony REID, *et al.*, on behalf of themselves and others similarly situated, ) ) ) | Case No. 3:13-cv-30125-PBS |
| *Plaintiffs-Petitioners*, ) | |
| v. ) | |
| Christopher DONELAN, Sheriff, Franklin County, MA, *et al.*, ) ) | |
| *Defendants-Respondents*. ) | Date: |

## ORDER

This matter comes before the Court on the [unopposed] Plaintiff's Motion to seal, which also seeks to give Plaintiff's counsel custody of the unredacted document in the post-impoundment period (Dkt. No.       ). Upon consideration of the Plaintiff's Motion, and the entire record of this case, it is hereby

ORDERED that the Motion is GRANTED.

_____
Hon. Patti B. Saris
United States District Judge