UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Mark Anthony REID, *et al.*, on behalf of themselves and others similarly situated,<br><br>*Plaintiffs-Petitioners,*<br><br>v.<br><br>Christopher DONELAN, Sheriff, Franklin County, MA, *et al.*,<br><br>*Defendants-Respondents.* | Case No. 3:13-cv-30125-PBS<br><br><br><br><br><br><br><br>Date:   January 14, 2019 |

## DECLARATION OF CLARE KANE

I, Clare Kane, upon my personal knowledge and in accordance with 28 U.S.C. § 1746, hereby declare as follows:

1. I am a law student intern with the Jerome N. Frank Legal Services Organization at Yale Law School. I am over eighteen years of age and I understand the obligations of an oath.

2. I submit this declaration in support of Motion to Seal.

3. The Jerome N. Frank Legal Services Organization represents Plaintiff Leo Felix Charles in *Reid v. Donelan*, No. 3:13-cv-30125-PBS, before the District of Massachusetts.

4. I have worked as a law student intern on *Reid v. Donelan* since January of 2017.

5. First, Plaintiffs seek to seal Exhibit D, Mr. Charles's Amended Motion for Stay of Removal before the Second Circuit Court of Appeals, because this document itself is not publicly available on ECF. The Second Circuit granted this motion on December 11, 2018.

6. Additionally, Mr. Charles requests to seal Exhibit D because it contains his private and confidential medical information.

7. Publishing this confidential information would not serve the public interest, as the public does not have a need to know the specific facts of Mr. Charles's medical records.

8. Plaintiffs also request to seal Exhibit E, because it is a private and confidential medical order.

9. Publishing this confidential information would not serve the public interest. The public does not have a need to know the details of Mr. Charles's medical orders.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, passed on my personal knowledge.

Dated: January 14, 2019

Respectfully submitted,

Clare Kane, Law Student Intern
Jerome N. Frank Legal Services Org.
Yale Law School
P.O. Box 209090
New Haven, Connecticut 06520
Phone: (203) 432-4800