# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS
# (BOSTON DIVISION)

| | |
|---|---|
| MARK ANTHONY REID, )<br>)<br>on behalf of himself and others )<br>similarly situated, )<br>)<br>    Petitioners/Plaintiffs, )<br>)<br>v. )<br>)<br>CHRISTOPHER DONELAN, SHERIFF, )<br>FRANKLIN COUNTY, MASS., ET AL., )<br>)<br>    Respondents/Defendants. ) | Civil No. 3:13-cv-30125-PBS |

## MOTION FOR A STAY OF BRIEFING AND DISCOVERY IN LIGHT OF LAPSE OF APPROPRIATIONS

The Defendants, through the undersigned, hereby move for a stay of briefing on Plaintiffs' motion by Leo Felix Charles for writ of habeas corpus and for summary judgment ("habeas petition") (ECF No. 430), for which Defendants' response is currently scheduled for February 15, 2019 (ECF No. 429). The Defendants hereby also move for a stay of the limited discovery period, which is currently scheduled to end on March 15, 2019 (*see* ECF No. 420 (authorizing limited discovery related to the average and median detention times for aliens subject to 8 U.S.C. § 1226(c)), in the above-captioned case.

In support of these stay requests, undersigned counsel states as follows:

1. At the end of the day on December 21, 2018, the appropriations act that had been funding the Department of Justice expired and appropriations to the Department lapsed. The Department does not know when funding will be restored by Congress.

2. Absent an appropriation, Department of Justice attorneys and employees of ICE and EOIR are prohibited from working, even on a voluntary basis, except in very limited

circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3.   With regard to a stay of the *habeas petition briefing*, undersigned counsel for the Department of Justice requests a stay of the thirty (30) day briefing period, with the thirty (30) day period to commence once Congress restores appropriations to the Department.

4.   With regard to a stay of the *discovery period*, undersigned counsel for the Department of Justice requests a stay until Congress has restored appropriations to the Department, at which time the discovery deadline will be extended to a date commensurate with the duration of the lapse in appropriations.

5.   If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department.

6.   Opposing counsel has indicated that Plaintiffs are opposed to this motion.

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, Defendants hereby move for a stay of the above-mentioned deadlines until the Department of Justice attorneys are permitted to resume their usual civil litigation functions.

Dated: January 18, 2019                             Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General
Civil Division

WILLIAM C. PEACHEY
Director
District Court Section
Office of Immigration Litigation

ELIANIS PEREZ
Assistant Director, District Court Section
Office of Immigration Litigation

                                          */s/ Lauren E. Fascett*
                                        LAUREN E. FASCETT
Trial Attorney
U.S. Department of Justice
Civil Division
Office of Immigration Litigation —
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC  20044
Tel: (202) 616-3466
Fax: (202) 305-7000
 Email: Lauren.Fascett@usdoj.gov

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**
Case No.: No. 3:13-cv-30125-PBS

I hereby certify on January 18, 2019, I filed the foregoing on the CM/ECF for the District of Massachusetts. All parties are registered CM/ECF users and were served electronically.

*/s/ Lauren E. Fascett*
LAUREN E. FASCETT
Trial Attorney
U.S. Department of Justice
Civil Division
Office of Immigration Litigation —
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 616-3466
Fax: (202) 305-7000
Email: Lauren.Fascett@usdoj.gov