**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**
**(BOSTON DIVISION)**

| | |
|---|---|
| MARK ANTHONY REID, )<br>)<br>on behalf of himself and others )<br>similarly situated, )<br>)<br>     Petitioners/Plaintiffs, )<br>)<br>v. )<br>)<br>CHRISTOPHER DONELAN, SHERIFF, )<br>FRANKLIN COUNTY, MASS., ET AL., )<br>)<br>     Respondents/Defendants. ) | Civil No. 3:13-cv-30125-PBS |

**PROPOSED ORDER**

Having considered the Defendants' MOTION FOR STAY OF BRIEFING AND DISCOVERY IN LIGHT OF LAPSE OF APPROPRIATIONS, this motion is hereby GRANTED and the following schedule is entered:

1. Defendants' response to Leo Felix Charles's writ of habeas corpus and motion for summary judgment ("habeas petition") is hereby STAYED until Congress restores appropriations to the Department. Defendants' thirty (30) day briefing period to file a response will commence once Congress restores appropriations to the Department.

2. The limited discovery period is hereby STAYED until Congress has restored appropriations to the Department, at which time the discovery deadline will be extended to a date commensurate with the duration of the lapse in appropriations.

3. Defendants will notify the Court as soon as Congress has appropriated funds for the Department.

                                                                                           _____
                                                                                           Patti B. Saris
                                                                                           United States District Judge