# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS
### (BOSTON DIVISION)

| | | |
|---|---|---|
| MARK ANTHONY REID, | ) | |
| | ) | |
| on behalf of himself and others | ) | |
| similarly situated, | ) | |
| | ) | |
| Petitioners/Plaintiffs, | ) | |
| | ) | Civil No. 3:13-cv-30125-PBS |
| v. | ) | |
| | ) | |
| CHRISTOPHER DONELAN, SHERIFF, | ) | |
| FRANKLIN COUNTY, MASS., ET AL., | ) | |
| | ) | |
| Respondents/Defendants. | ) | |

## MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF DEFENDANTS' MOTION FOR A STAY OF BRIEFING AND DISCOVERY IN LIGHT OF LAPSE OF APPROPRIATIONS

Pursuant to Local Rule 7.1(b)(3), Defendants respectfully request leave to file a Reply to Plaintiffs' Opposition to Defendants' Motion for a Stay (ECF Nos. 434, 435). A copy of the proposed reply memorandum is attached hereto as Exhibit A. Plaintiffs will not be prejudiced by the filing of a reply. Specifically, Defendants would like to address the following issues in their reply:

1. Plaintiffs' opposition to Defendants' motion to stay (ECF No. 435 at 3), relies on guidance the Attorney General issued in 1981 as to what constitutes "emergencies involving the safety of human life or the protection of property." However, Plaintiffs' abjectly fail to note that a subsequent statutory amendment and agency guidance have superseded the 1981 guidance in this regard, and narrowing the interpretation of the emergency exception to apply only in the case of an imminent threat or set of circumstances requiring immediate action. Although cognizant of the importance of

the issues at stake in this litigation, Defendants respectfully submit this case does not present an "emergenc[y] involving the safety of human life" invoking an exception to the Antideficiency Act, 31 U.S.C. § 1342.

2. Furthermore, Plaintiffs fail to note that on January 7, 2019, the district court that denied the government's similar stay motion in *O.A. v. Trump*, No. 18-2718 (D.D.C. Dec. 27, 2018) (ECF No. 435 at 3),  reversed its denial and stayed that litigation. *See* Minute Order, O.A., No. 18-2718 (Jan. 7, 2019). And significantly, a number of federal courts around the country have issued blanket stays in civil cases to which the federal government is a party.

3. Finally, although the Court ordered limited discovery in this case on October 23, 2018, Defendants disagree with Plaintiffs' characterization of the discovery disputes between the parties in this case.  As a threshold matter, Defendants dispute that a "formal discovery request" was served on Defendants on October 3, 2019 – twenty days before discovery was even authorized by this Court. Additionally, Defendants have not agreed to provide "discovery similar" to any discovery purportedly provided in another case.

Defendants believe that a short reply to the Plaintiffs' opposition to their motion to stay will aid the Court's analysis of the issues presented by the motion and Plaintiffs' opposition. On January 23, 2019, undersigned counsel contacted Plaintiffs' counsel via email to determine whether Plaintiffs oppose Defendants' motion for leave to file a reply.  However, Plaintiffs' counsel did not respond before the undersigned filed the instant motion.

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General
Civil Division

WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation

COLIN A. KISOR
Deputy Director, District Court Section
Office of Immigration Litigation

*/s/ Elianis N. Perez*
ELIANIS N. PEREZ
Assistant Director
U.S. Department of Justice
Civil Division
Office of Immigration Litigation —
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC  20044
Tel: (202) 616-9124
Fax: (202) 305-7000
Email: elianis.perez@usdoj.gov

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE
Case No.: No. 3:13-cv-30125-PBS

I hereby certify on January 23, 2019, I filed the foregoing on the CM/ECF for the District

of Massachusetts.  All parties are registered CM/ECF users and were served electronically.

*/s/ Elianis N. Perez*
ELIANIS N. PEREZ
Assistant Director
U.S. Department of Justice
Civil Division
Office of Immigration Litigation —
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC  20044
Tel: (202) 616-9124
Fax: (202) 305-7000
Email: elianis.perez@usdoj.gov