**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**
**(BOSTON DIVISION)**

| | |
|---|---|
| MARK ANTHONY REID,<br><br>on behalf of himself and others similarly situated,<br><br>    Petitioners/Plaintiffs,<br><br>v.<br><br>CHRISTOPHER DONELAN, SHERIFF,<br>FRANKLIN COUNTY, MASS., ET AL.,<br><br>    Respondents/Defendants. | C.A. No. 3:13-cv-30125-PBS |

## RESPONDENTS' UNOPPOSED MOTION FOR LEAVE TO FILE MEMORANDUM IN EXCESS OF PAGE LIMIT

Respondents respectfully move for leave to file a memorandum in excess of the twenty pages as permitted by Local Rule 7.1(b)(4) of the United States District Court for the District of Massachusetts. Specifically, Respondents request leave to file a brief of thirty-five or fewer pages in support of their response and opposition to Petitioners' Petition for Writ of Habeas Corpus and Motion for Summary Judgment, ECF No. 430. *See* ECF No. 430-1, Memorandum of Law in Support. Petitioners do not oppose this motion.

These additional pages are necessary because of the complexity of the numerous constitutional claims raised in Petitioner's petition. Further, this case contains a complex procedural posture. Thus, Respondents respectfully submit that permitting the filing of a memorandum in excess of the page limit will assist the Court in adjudicating the important constitutional claims in this case.

Date: February 13, 2019						Respectfully submitted,

									JOSEPH H. HUNT
									Assistant Attorney General
									Civil Division

									WILLIAM C. PEACHEY
									Director, District Court Section
									Office of Immigration Litigation

									ELIANIS PEREZ
									Assistant Director
									District Court Section
									Office of Immigration Litigation

									*/s/ Huy M. Le*
									HUY M. LE
									M.A. Bar Identification No. 697256
									U.S. Department of Justice
									Trial Attorney
									United States Department of Justice
									Civil Division
									Office of Immigration Litigation
									District Court Section
									P.O. Box 868, Ben Franklin Station
									Washington, D.C. 20044
									Telephone: (202) 353-4028
									Facsimile: (202) 305-7000
									E-mail: Huy.M.Le2@usdoj.gov

									*Attorneys for Respondents*

## **CERTIFICATE OF SERVICE**
Civil No. 3:13-cv-30125-PBS

      I hereby certify that a true copy of the above Respondents' Unopposed Motion for leave to File Memorandum in Excess of Page Limit was served upon the attorney of record for each other party on February 13, 2019, through the CM/ECF for the District of Massachusetts. All parties are registered CM/ECF participants and were served electronically, as identified on the Notice of Electronic Filing (NEF).

                                      */s/ Huy M. Le*
                                      By: HUY M. LE
                                      Trial Attorney

Date: February 13, 2019

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**
**(BOSTON DIVISION)**

|  |  |
|---|---|
| MARK ANTHONY REID, | ) |
| on behalf of himself and others similarly situated, | ) |
| Petitioners/Plaintiffs, | ) |
| v. | ) C.A. No. 3:13-cv-30125-PBS |
| CHRISTOPHER DONELAN, SHERIFF, FRANKLIN COUNTY, MASS., ET AL., | ) |
| Respondents/Defendants. | ) Date: |

## ORDER

This matter comes before the Court on *Respondents' Unopposed Motion for Leave to File Memorandum in Excess of Page Limit* (ECF No. ____). Upon consideration of the Respondents' Motion, and the entire record of this case, it is hereby

ORDERED that the Motion is GRANTED.

SO ORDERED.

_____
Hon. Patti B. Saris
United States District Judge
United States District Court for the
District of Massachusetts