# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS
# (BOSTON DIVISION)

| | |
|---|---|
| MARK ANTHONY REID, <br><br> on behalf of himself and others similarly situated, <br><br> Petitioners/Plaintiffs, <br><br> v. <br><br> CHRISTOPHER DONELAN, SHERIFF, FRANKLIN COUNTY, MASS., ET AL., <br><br> Respondents/Defendants. | C.A. No. 3:13-cv-30125-PBS <br><br> Date: |

## ORDER

This matter comes before the Court on *Respondents' Unopposed Motion for Leave to File Memorandum in Excess of Page Limit* (ECF No. ____). Upon consideration of the Respondents' Motion, and the entire record of this case, it is hereby

ORDERED that the Motion is GRANTED.

SO ORDERED.

_____
Hon. Patti B. Saris
United States District Judge
United States District Court for the
District of Massachusetts