**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**
**(BOSTON DIVISION)**

| | |
|---|---|
| MARK ANTHONY REID, <br><br>on behalf of himself and others similarly situated, <br><br>  Petitioners/Plaintiffs, <br><br>v. <br><br>CHRISTOPHER DONELAN, SHERIFF, <br>FRANKLIN COUNTY, MASS., ET AL., <br><br>  Respondents/Defendants. | C.A. No. 3:13-cv-30125-PBS |

**RESPONDENTS' EXHIBIT 1**

DECLARATION OF DEPORTATION OFFICER
ROBERT A. SOUSA

Pursuant to the authority of 28 U.S.C. § 1746, I, Robert A. Sousa, Deportation Officer for U.S. Department of Homeland Security, United States Immigration and Customs Enforcement, Enforcement and Removal Operations, Hartford, Connecticut declare as follows:

1. I am a Deportation Officer for the U.S. Department of Homeland Security, United States Immigration and Customs Enforcement, Enforcement and Removal Operations ("ICE").

2. Included in my official duties as a Deportation Officer is the responsibility for managing and monitoring cases for aliens in ICE custody.

3. I have examined the official records available to me regarding Leo Felix Charles, Administrative File No. A       669.

4. Charles first came to the attention of immigration officials in February of 1999 while he was serving a prison sentence with the Connecticut Department of Corrections. He was served a Notice to Appear in February of 1999 and placed into removal proceedings on the immigration court's Institutional Hearing Program ("IHP"). I understand that the IHP docket allows immigration hearings to take place while an alien is still serving a state or federal prison sentence to minimize the amount of time they spend in immigration detention once they are released from criminal detention.

5. A review of Charles' A-file shows that he had several hearings on the IHP docket while Charles was incarcerated by the state of Connecticut from April 14, 1999 until January 9, 2003 at which time he was ordered removed from the United States for having violated INA § 237(a)(1)(B), 8 U.S.C. § 1227(a)(1)(B), as an alien who entered the United States as a visitor and remained for a time longer than permitted. The immigration judge, however,

granted Mr. Charles, Deferral of Removal under the Convention Against Torture pursuant to 8 C.F.R. § 1208.17. When Charles was released from state prison to parole on February 24, 2010, he was not taken into immigration custody due to the grant of deferral of removal.

6. Mr. Charles next came to the attention of immigration officials in August of 2013 while he was detained by the state of Connecticut on pending criminal charges. In March of 2017, while Mr. Charles was serving this criminal sentence for Assault in the First Degree in violation of C.G.S. §53a-59, ICE's Office of the Principal Legal Advisor filed a motion to reopen the grant of deferral of removal. The motion was granted, and the case was set for a new hearing on the immigration court's IHP docket.

7. Charles was released from criminal custody on February 2, 2018 and entered immigration custody for the first time. Due to his January 9, 2003, final order of removal Charles is subject to the provisions of 8 U.S.C. § 1231(a) (Detention and removal of aliens ordered removed).

8. On February 22, 2018 the immigration judge denied Charles' application for deferral of removal pursuant to the Convention Against Torture. On October 3, 2018, the Board of Immigration Appeals dismissed Charles's appeal. On October 19, 2018 Charles filed a Petition for Review of the Board of Immigration Appeals order and a Motion to Stay his removal. On December 11, 2018 the Second Circuit Court of Appeals granted Charles a stay of removal.

9. Upon review of the official records available to me as a Deportation Officer, I declare that Leo Felix Charles was released from ICE custody on February 14, 2019.

    I declare under penalty of perjury that the foregoing is true and correct.

Signed on the 15th day of February 2019,

_____
Robert A. Sousa
Deportation Officer
Department of Homeland Security
Immigration and Customs Enforcement
Hartford, Connecticut