**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**
**(BOSTON DIVISION)**

| | |
|---|---|
| MARK ANTHONY REID, <br><br> on behalf of himself and others similarly situated, <br><br> Petitioners/Plaintiffs, <br><br> v. <br><br> CHRISTOPHER DONELAN, SHERIFF, <br> FRANKLIN COUNTY, MASS., ET AL., <br><br> Respondents/Defendants. | C.A. No. 3:13-cv-30125-PBS <br><br> Date: |

## **ORDER**

Upon consideration of Respondents' Notice of Petitioner's Release, it is hereby ORDERED that Petitioner Leo Felix Charles' petition for writ of habeas corpus (ECF No. 430) be dismissed as moot, with each party to bear its own fees and costs.

SO ORDERED.

_____
Hon. Patti B. Saris
United States District Judge
United States District Court for the
District of Massachusetts