UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Mark Anthony REID,<br><br>on behalf of himself and others similarly situated,<br><br>*Plaintiffs-Petitioners,*<br><br>v.<br><br>Christopher DONELAN, Sheriff, Franklin County, MA, et al.,<br><br>*Defendants-Respondents.* | Case No. 3:13-cv-30125-PBS<br><br>**ORAL ARGUMENT REQUESTED**<br><br>(Leave to file granted on April 4, 2019)<br><br><br>Date: April 15, 2019 |

## **PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Plaintiffs Mark Reid, Leo Felix Charles, and Robert Williams, on behalf of themselves and others similarly situated, hereby moves this Court to enter summary judgment. In support of this motion, Plaintiffs submit a memorandum of law with attached exhibits and declarations, Local Rule 56.1 statement, and a proposed order. For the reasons stated in the contemporaneously filed Plaintiffs' Memorandum of Law in Support of Motion for Summary Judgment, the motion should be granted.

## **LOCAL RULE 7.1(a)(2) CERTIFICATION**

Pursuant to Local Rule 7.1(a)(2), Plaintiffs certify that they conferred with counsel for Defendants at the September 17, 2018 hearing on Plaintiffs' Supplemented and Renewed Motion for Summary Judgment, Dkt. No. 386, before this Court. Plaintiffs certify that they further conferred with Defendants following that hearing on October 4, 2018. Dkt. No. 415. Counsel for Defendants indicated that they would oppose this motion.

**REQUEST FOR ORAL ARGUMENT**

Plaintiffs request oral argument on this motion, in accordance with Local Rule 7.1(d). This Court previously heard oral argument on Plaintiffs' Supplemented and Renewed Motion for Summary Judgment, Dkt. No. 386, on September 17, 2018. Oral argument may assist the Court in deciding the important constitutional questions raised in this motion, and Plaintiffs respectfully request the opportunity to be heard orally on these issues.

Dated: April 15, 2019

Respectfully submitted,

/s/ Michael Wishnie

Clare Kane, Law Student Intern
Aseem Mehta, Law Student Intern*
Roxana Moussavian, Law Student Intern*
Alden Pinkham, Law Student Intern*
Bianca Rey, Law Student Intern*
Michael Tayag, Law Student Intern*
Michael Wishnie (BBO# 568654)
Jerome N. Frank Legal Svcs. Org.
P.O. Box 209090
New Haven, CT 06520
Phone: (203) 432-4800
Fax: (203) 432-1426
michael.wishnie@ylsclinics.org

Ahilan T. Arulanantham[†]
ACLU Immigrants' Rights Project
1313 West 8th Street
Los Angeles, CA 90017
213-977-5211
aarulanantham@aclusocal.org

Anant K. Saraswat (BBO# 676048)
Michelle Nyein (BBO# 685870)
Wolf, Greenfield & Sacks, P.C.
600 Atlantic Avenue
Boston, MA 02210
Tel: 617-646-8000
Fax: 617-646-8646
anant.saraswat@wolfgreenfield.com

Michael K.T. Tan[†]
ACLU Immigrants' Rights Project
125 Broad Street, 18th Floor
New York, NY 10004
212-519-7848 (p)
212-549-2654 (f)
mtan@aclu.org

*Counsel for Plaintiffs*
*Law student appearance forthcoming.
[†] Admitted *pro hac vice*.

2

## CERTIFICATE OF SERVICE

      I hereby certify that, on April 15, 2019, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of this court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF system.

Date:  April 15, 2019

                                                           Respectfully submitted,

                                                           /s/ Michael J. Wishnie
                                                        Michael J. Wishnie (BBO# 568654)
                                                        Jerome N. Frank Legal Services Organization
                                                        P.O. Box 209090
                                                        New Haven, CT 06520
                                                        P: (203) 432-4800
                                                        F: (203) 432-1426