# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Mark Anthony REID,<br><br>on behalf of himself and others similarly situated,<br><br>*Plaintiffs-Petitioners,*<br><br>v.<br><br>Christopher DONELAN, Sheriff, Franklin County, MA, et al.,<br><br>*Defendants-Respondents.* | Case No. 3:13-cv-30125-PBS<br><br><br><br><br><br>Date: |

    The Court has considered Plaintiffs' motion for summary judgment, together with the moving and opposing papers. It is Ordered that the motion be, and hereby is, Granted.

    The Court finds that the Plaintiffs have demonstrated that there exists no genuine issue as to any material facts and that Plaintiffs are entitled to judgment as a matter of law.

    The Court declares that 8 U.S.C. § 1226(c) is unconstitutional to the extent that an individual is detained under that section for six months or longer without a bond hearing where the government bears the burden of justifying the detention by clear and convincing evidence that the detainee poses a flight risk or danger to the community that requires his or her imprisonment.

    It is further Ordered that Defendants and their agents, employees, assigns, and all those acting in concert with them, are enjoined as follows:

1. Within 30 days of the date of this order, Defendants shall identify all members of the 8 U.S.C. § 1226(c) class and provide them with a bond hearing before an Immigration Judge with power to grant their release.
2. The Immigration Judge shall release each class member on his or her own recognizance, a reasonable bond, and/or under reasonable conditions of supervision, unless the government shows by clear and convincing evidence that continued detention is justified because the detainee poses a flight risk or danger to the community that requires his or her imprisonment.
3. Each week, Respondents shall identify all current or future Class members, notify class counsel of the identity and location of each class member, and ensure that they automatically receive fair and meaningful bond hearings at or within one week after the class member reaches six months of detention.

4. Within 30 days of the date of this order, and every six months thereafter, Defendants shall file a status report with the following compliance data about all new class members: detainee name, detention facility, alien number, nationality, book-in date, hearing date, hearing outcome (including bond amount or release conditions, if any set), whether the person was released and, if so, the book-out date.

Date:

                                                      _____
Hon. Patti B. Saris
United States District Judge