# EXHIBIT A

**U.S. Department of Homeland Security**
U.S Immigration and Customs Enforcement

# Additional Charges of Inadmissibility/Deportability

**In:   Removal proceedings under section 240 of the Immigration and Nationality Act**

**In the Matter of:**

Alien/Respondent:   REID, Mark Anthony                    File No: A▮▮▮▮▮▮▮▮

Address: C/O Attorney Muneer I. Ahmad, Jerome N. Frank Legal Services, Yale law School, P.O. Box 209090, New Haven, CT 06520-9090.

There is hereby lodged against you the additional charge that you are subject to being taken into custody and deported or removed from the United States pursuant to the following provision of law:

Section 237(a)(2)(A)(ii) of the Immigration and Nationality Act, as amended, in that, at any time after admission, you have been convicted of two crimes involving moral turpitude not arising out of a single scheme of criminal misconduct.

In support of the additional charge(s) there are no additional factual allegation(s) in addition to those already set forth in the original charging document or any subsequently filed Form I-261:

Dated: October 16, 2018                    _____
                                           (Signature of Assistant Chief Counsel)

Form I-261(Rev. 4/1/97)N

**Additional allegations (continued):**

---

**Notice to Respondent**

**Warning:  Any statement you make may be used against you in removal proceedings.**

**Alien Registration:** This copy of the Notice to Appear served upon you is evidence of your alien registration while you are under removal proceedings.  You are required to carry it with you at all times.

**Representation:**  If you so choose, you may be represented in this proceeding, at no expense to the Government, by an attorney or other individual authorized and qualified to represent persons before the Executive Office for Immigration Review.  Unless you so request, no hearing will be scheduled earlier than ten days from the date of this notice, to allow you sufficient time to secure counsel.  A list of qualified attorneys and organizations who may be available to represent you at no cost will be provided with this Notice.

**Conduct of the hearing:** At the time of your hearing, you should bring with you any affidavits or other documents which you desire to have considered in connection with your case.  If any document is in a foreign language, you must bring the original and a certified English translation of the document.  If you wish to have the testimony of any witnesses considered, you should arrange to have such witnesses present at the hearing.

At your hearing you will be given the opportunity to admit or deny any or all of the allegations in the charging document and that you are inadmissible or deportable on the charges contained in the charging document.  You will have an opportunity to present evidence on your own behalf, to examine any evidence presented by the Government, to object, on proper legal grounds, to the receipt of evidence and to cross examine any witnesses presented by the Government.

You will be advised by the immigration judge before whom you appear, of any relief from removal for which you may appear eligible including the privilege of departing voluntarily. You will be given a reasonable opportunity to make any such application to the immigration judge.

**Failure to appear:** You are required to provide the INS, in writing, with your full mailing address and telephone number.  You must notify the Immigration Court immediately by using Form EOIR-33 whenever you change your address or telephone number during the course of this proceeding.  You will be provided with a copy of this form.  Notices of hearing will be mailed to this address.  If you do not submit Form EOIR-33 and do not otherwise provide an address at which you may be reached during proceedings, then the Government shall not be required to provide you with written notice of your hearing.  If you fail to attend the hearing at the time and place designated on this notice, or any date and time later directed by the Immigration Court, a removal order may be made by the immigration judge in your absence, and you may be arrested and detained by the INS.

---

**Certificate of Service**

This charging document was served on the respondent by me on <u>October 16, 2018</u> in the following manner and in compliance with section 239(a)(1)(F) of the Act:                                              Date

☐ in person         ☐ by certified mail, return receipt requested         ☒ by regular mail

to: <u>Mr. Mark Anthony Reid, C/O Attorney Muneer I. Ahmad, Jerome N. Frank Legal Services, Yale law</u>
<u>School, P.O. Box 209090, New Haven, CT 06520-9090.</u>

(Alien's address)

☐ The alien was provided oral notice in the _____ language of the time and place of his or her hearing and of the consequences of failure to appear as provided in section 240(b)(7) of the Act.

_____                    *John P. Marley  Senior Atty*
(Signature of respondent if personally served)                              (Signature and title of officer)