# EXHIBIT B

| Given Name | Family Name | Middle Name | Detention Stay Book-in Date | Detention Stay Book-out Date |
|---|---|---|---|---|
| ROBERT | WILLIAMS | JUNIOR | 12/6/17 | 10/25/18 |