UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Mark Anthony REID, *et al.*, on behalf of themselves and others similarly situated, <br><br> *Plaintiffs-Petitioners,* <br><br> v. <br><br> Christopher DONELAN, Sheriff, Franklin County, MA, et al., <br><br> *Defendants-Respondents.* | Case No. 3:13-cv-30125-PBS <br><br><br> April 15, 2019 |

## DECLARATION OF ELYSSA WILLIAMS

I, Elyssa Williams, upon my personal knowledge, hereby submit this declaration pursuant to 28 U.S.C. § 1746 and declare as follows:

1. I am an attorney at The Bronx Defenders in New York. I am over eighteen years of age and understand the obligations of an oath.

2. I represent Robert Junior Williams in his immigration proceedings.

3. Mr. Williams filed a Petition for Review before the 2nd Circuit on August 27, 2018. This Petition for Review is currently pending.

4. After Mr. Williams filed his Petition for Review, DHS removed him to Jamaica. Mr. Williams requested that I not file a stay of removal on his behalf because he preferred removal to remaining in immigration detention.

5. I declare under penalty of perjury and under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed in New York, NY on April 15, 2019.

_____

Elyssa Williams