# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Mark Anthony REID, *et al.*, on behalf of themselves and others similarly situated,<br><br>*Plaintiffs-Petitioners,*<br><br>v.<br><br>Christopher DONELAN, Sheriff, Franklin County, MA, et al.,<br><br>*Defendants-Respondents.* | Case No. 3:13-cv-30125-PBS<br><br><br>April 15, 2019 |

## DECLARATION OF LEO FELIX CHARLES

I, Leo Felix Charles, swear under the penalty of perjury that the following is true and correct to the best of my knowledge:

1. On February 14, 2019, I was released from detention at Bristol County House of Corrections.

2. Upon release, I returned to stay with my family in Bridgeport, Connecticut.

3. In Bridgeport, I have become an active member of a community organization that supports immigrants.

4. Since my release, I have been seeking appropriate medical treatment for my health conditions. I have diabetes, high blood pressure, acid reflux, nerve damage, kidney damage, scoliosis, osteoarthritis, and other back problems.

5. I have been able to work with a medical professional who has treated me with care and attention and helped me to access the medications that I need to manage my health problems.

6. I have also sought medical assistance to address the worsening back problems developed due to overuse of a wheelchair while in ICE custody. Following my spinal fusion surgery, I was warned to only use the wheelchair sparingly because excessive use would harm my back. While in ICE detention, I was confined to my wheelchair and denied access to the knee and spinal surgeries I need to restore my ability to walk.

7. In April 2019, for the first time in months, I walked more than one block under my own power. I am now walking a few blocks every morning and can feel myself becoming stronger.

8. I am hopeful that now that I am no longer incarcerated and able to receive the care that I need, my health will continue to improve.

Executed on April 13, 2019

_____
Leo Felix Charles