# EXHIBIT 7

DECLARATION OF DEPORTATION OFFICER
Derek R. Moore

Pursuant to the authority of 28 U.S.C. § 1746, I, Derek R. Moore, a Deportation Officer for U.S. Immigration and Customs Enforcement, Enforcement and Removal Operations ("ICE"), declare as follows:

1. I am a Deportation Officer in Hartford, Connecticut for U.S. Immigration and Customs Enforcement, Enforcement and Removal Operations ("ERO").

2. Included in my official duties as a Deportation Officer is the responsibility for the managing, monitoring, scheduling and execution of removal orders for aliens in ICE custody. I have served in my current position as a Deportation Officer for three and a half years. I previously worked as an Immigration Enforcement Agent in Hartford, Connecticut for nine years and as a Customs and Border Protection Officer in Champlain, New York for three years. In total, I have more than fifteen years of experience related to federal immigration law. I am familiar with ICE policies and procedures for carrying out removal orders and have experience utilizing ICE record systems to obtain information regarding specific aliens.

3. I have examined the official ICE records available to me regarding ███ Pichardo Gomez, ("Pichardo Gomez") Administrative File No. ███855. Pichardo Gomez entered ICE custody on December 11, 2017 and was assigned to a detained docket officer. I have examined ICE official records, including the Enforce Alien Removal Module ("EARM") and PLAnet. EARM is the ICE electronic database utilized by ERO to maintain information regarding the custody and removal status of aliens. ("PLAnet") is the ICE electronic database maintained by ICE's Office of the Principal Legal Advisor as a case and document management system. These databases are the electronic records ordinarily relied upon to ascertain an alien's immigration history, current case status, and plans for removal, if any. I have also examined Pichardo Gomez's

1

criminal history and his history with the Connecticut Department of Corrections ("DOC").

4. Pichardo Gomez was admitted to the United States as a lawful permanent resident in 1998. He first came to the attention of immigration officials in August of 2017 while he was serving a sentence with the Connecticut Department of Corrections relating to April 12, 2017 convictions for operation of a motor vehicle without an interlock ignition device in violation of C.G.S. § 14-227k(a)(2) and possession of narcotics with intent to sell in violation of C.G.S. § 21a-277(b)+. Following conviction and completion of a nine-month sentence relating to the aforementioned crimes Pichardo Gomez was served a Notice to Appear on December 11, 2017. A review of the databases available to me regarding Pichardo Gomez shows that he was ordered removed from the United States on January 31, 2018 with appeal reserved by Pichardo Gomez.

5. Pichardo Gomez filed an appeal of the immigration judge's decision with the Board of Immigration Appeals ("BIA") on March 2, 2018. This appeal was dismissed by the BIA in a decision dated July 12, 2018.

7. Pichardo Gomez was removed from the United States to the Dominican Republic via an ICE operated flight from Alexandria, LA to Jamaica on August 21, 2018.

8. Pichardo Gomez's first arrest in the United States was on August 29, 2009 when he was arrested by the Westchester, New York County Department of Public Safety for operating a motor vehicle while impaired by drugs first degree in violation of N.Y. V.T.L. § 1192 SUB 04 and equipment violation relating to windshield tint violation in violation of N.Y. V.T.L. § 0375 SUB 12A. Pichardo Gomez plead guilty on December 14, 2009 before the Mount Vernon, New York City Court to a charge of driving while ability impaired by the consumption of alcohol in violation of N.Y. V.T.L. § 1192 SUB 01 and was ordered to pay a fine of $300 with a ninety day license suspension.

9. Pichardo Gomez was thereafter arrest on September 16, 2009 by the New York City, New York Police Department Precinct 30 for criminal possession of marijuana fifth degree in a

public place in violation of N.Y. P.L. § 221.10 SUB 01. Pichardo Gomez plead guilty on September 16, 2009 before the New York, New York County Criminal Court to a charge of unlawful possession of marijuana in violation of N.Y. P.L. § 221.05 and was ordered to pay a fine of $75.

10. Pichardo Gomez was thereafter arrested on October 19, 2010 by the Mount Vernon, New York City Police Department for operating a motor vehicle with .08 of 1% alcohol or more in blood first offense in violation of N.Y. V.T.L. § 1192 SUB 02 and driving while intoxicated special vehicle first offense in violation of N.Y. V.T.L. § 1192 SUB 03S. Pichardo Gomez plead guilty on December 13, 2010 before the Mount Vernon, New York City Court to a charge of driving while intoxicated first offense in violation of N.Y. V.T.L. § 1192 SUB 03 and was ordered to pay a fine of $500.

11. Pichardo Gomez was thereafter arrested on February 24, 2012 by an unlisted law enforcement entity in New York on unknown charges. Pichardo Gomez plead guilty on March 20, 2013 before the New York, New York County Supreme Court to a charge of driving while intoxicated first offense in violation of N.Y. V.T.L. § 1192 SUB 03 and was ordered to pay a fine of $500 and a six-month license suspension.

12. Pichardo Gomez was thereafter arrested on March 28, 2013 by the New York, New York City Police Department Precinct 30 for criminal possession of marijuana fifth degree in a public place in violation of N.Y. P.L. § 221.10 SUB 01 and unlawful possession of marijuana in violation of N.Y. P.L. § 221.05. Pichardo Gomez plead guilty on March 29, 2013 before the New York, New York County Criminal Court to a charge of criminal possession of marijuana fifth degree in a public place in violation of N.Y. P.L. § 221-10 SUB 01 and was sentenced to time served and six-month license suspension.

13. Pichardo Gomez was thereafter arrested on October 9, 2013 by the New York, New York City Police Department Precinct 30 for criminal possession of marijuana fifth degree in a

public place in violation of N.Y. P.L. § 221.10 SUB 01 and unlawful possession of marijuana in violation of N.Y. P.L. § 221.05. Pichardo Gomez plead guilty on October 10, 2013 before the New York, New York County Criminal Court to a charge of criminal possession of marijuana fifth degree in a public place in violation of N.Y. P.L. § 221-10 SUB 01 and was sentenced to time served and six-month license suspension.

14. Pichardo Gomez was thereafter arrested on December 11, 2013 by the New York, New York City Police Department Precinct 30 for criminal possession of marijuana fifth degree in a public place in violation of N.Y. P.L. § 221.10 SUB 01 and unlawful possession of marijuana in violation of N.Y. P.L. § 221.05. Pichardo Gomez plead guilty on December 12, 2013 before the New York, New York County Criminal Court to a charge of criminal possession of marijuana fifth degree in a public place in violation of N.Y. P.L. § 221-10 SUB 01 and was sentenced to time served and six-month license suspension.

15. Pichardo Gomez was thereafter arrested on March 20, 2016 by the New York, New York City Police Department Precinct 18 for driving while intoxicated with two previous convictions of designated offenses within ten years in violation of N.Y. V.T.L. § 1192 SUB 03 and aggravated unlicensed operation of a motor vehicle first degree in violation of N.Y. V.T.L. § 0511 SUB 03. Pichardo Gomez plead guilty on September 28, 2016 before the New York, New York County Criminal Court to a charge of driving while intoxicated with two previous conviction of designated offenses within ten years in violation of N.Y. V.T.L. § 1192 SUB 03 and was sentenced to thirty days jail with five years probation plus $1000 fine and license revocation.

16. Pichardo Gomez was thereafter arrest by the Connecticut State Police Troop H on April 14, 2016 and charged with possession of narcotics with intent to sell in violation of C.G.S. § 21-277(b)+ and illegal operation of a motor vehicle without an interlock ignition device in violation of C.G.S. § 14-227k(a)(2). Pichardo Gomez plead guilty on April 12, 2017 before the State of Connecticut Superior Court in New Britain, CT to a charge of possession of narcotics with intent to

sell in violation of C.G.S. § 21-277(b)+ and illegal operation of a motor vehicle without an interlock ignition device in violation of C.G.S. § 14-227k(a)(2). The resulting sentence was five years jail with execution suspended after nine months served in addition to three years conditional discharge for possession of narcotics with intent to sell and one year jail with execution suspended after thirty days jail, in addition to three years conditional discharge for illegal operation of a motor vehicle without an interlock ignition device.

I declare under penalty of perjury that the foregoing is true and correct.

Signed on the 12th day of April 2019,

Derek R. Moore
Deportation Officer
Department of Homeland Security
Immigration and Customs Enforcement
Hartford, Connecticut