IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARK ANTHONY REID, on behalf of himself and others similarly situated,<br><br>   Plaintiff/Petitioner,<br><br>v.<br><br>CHRISTOPHER DONELAN, Sheriff of Franklin County, et al.<br><br>   Defendants/Respondents. | Civil Action No.  13-cv-30125-PBS |

**<u>DECLARATION OF ANANT SARASWAT IN SUPPORT OF PLAINTIFFS'
OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT</u>**

I, Anant Saraswat, upon my personal knowledge, hereby submit this declaration pursuant to 28 U.S.C. § 1746 and declare as follows:

1. I am an attorney at the law firm of Wolf, Greenfield & Sacks, P.C. I represent the plaintiff class in this case.

2. I make this declaration based on my personal knowledge and on a reasonable investigation of the facts relevant to this case.

3. I entered my appearance in this case on April 15, 2014, while employed at the law firm of Wilmer, Cutler, Pickering, Hale and Dorr LLP. I have continued to represent the plaintiff class since that date.

4. Class counsel have been receiving weekly emails from Defendants regarding new members of the plaintiff class since January 22, 2015, pursuant to a joint status report in which the parties agreed that Defendants would provide class counsel with weekly lists of all new class members. *See* ECF No. 190 at 2; *see also* ECF No. 142 at 24 (ordering

Defendants to provide class counsel with a list of identified class members); ECF No. 362 at 1-2 (Defendants' status report stating that ICE will continue to provide a weekly list of individuals maturing into the *Reid* class).

5. Attached hereto as Exhibit A is a true and accurate copy of a redacted email that I received from Elianis Perez, an attorney for the Defendants, on April 24, 2019. In this email, Ms. Perez informed class counsel about an individual who had vested as a plaintiff class member on November 6, 2018. This individual had not previously been identified as a plaintiff class member.

6. Attached hereto as Exhibit B is a true and accurate copy of a redacted email that I received from Catherine Reno, an attorney for the Defendants, on May 3, 2019. In this email, Ms. Reno informed class counsel about an individual who had vested as a plaintiff class member on April 24, 2019. This individual had not previously been identified as a plaintiff class member.

7. Attached hereto as Exhibit C is a true and accurate copy of a redacted email that I received from Ms. Perez on May 10, 2019. In this email, Ms. Perez informed class counsel that three individuals had been identified as plaintiff class members. One of these individuals had vested as a plaintiff class member on January 24, 2019. This individual had not previously been identified as a plaintiff class member.

8. Class counsel is aware of at least three *Reid* class members who have vested into the *Reid* class before their hearings before the Immigration Judge on the merits of their cases.

9. Class counsel has reviewed the record of class member Jovanny Pichardo Gomez and determined that he was never given a bond hearing because he vested into the class after the First Circuit vacated the original class relief order in 2018.

10. Attached hereto as Exhibit D is a true and accurate copy of Plaintiffs' First Notice of Deposition to Department of Homeland Security Pursuant to Fed. R. Civ. P. 30(b)(6) in *Gordon v. Nielsen*, No. 13-30146 (D. Mass.).

11. Attached hereto as Exhibit E is a true and accurate copy of selected pages of the transcript of the deposition of Fed. R. Civ. P. 30(b)(6) deposition of Ms. Tina Guarna-Armstrong taken on September 14, 2017, in *Gordon v. Nielsen*, No. 13-30146 (D. Mass.). Ms. Guarna-Armstrong was the Department of Homeland Security's designee on, among others, topics 4 and 5 of Plaintiffs' Rule 30(b)(6) notice. *See* Ex. D. I am counsel for the Plaintiff class in *Gordon*, and I previously confirmed with counsel for Defendants in *Gordon* that the pages excerpted here do not contain information subject to the protective order in that case.

12. In *Gordon*, the defendants produced a spreadsheet containing data about the outcomes of bond hearings conducted for *Gordon* class members. Counsel for Plaintiffs in *Gordon* analyzed the spreadsheet and determined that of the 278 noncitizens for whom relevant data was available, 141 (51%) were able to secure release on bond or other conditions of confinement from an immigration judge or from ICE itself.

13. Attached hereto as Exhibit F is a true and accurate copy of the Commonwealth of Massachusetts' motion to dismiss all charges for Mark Reid, submitted by the Assistant District Attorney and granted by the Dudley District Court on April 10, 2019.

14. Attached hereto as Exhibit G is a true and accurate copy of Information issued by the New Haven Police Department regarding charges against Mark Reid.

15. Attached hereto as Exhibit H is a true and accurate copy of Mark Reid's Promise To Appear, dated April 30, 2019, upon which he was released by a Superior Court of the State of Connecticut.

16. Attached hereto as Exhibit I is a true and accurate copy of Mark Reid's Motion to Terminate Proceedings and Brief in Opposition to Additional Removability Charge and In Support of Motion to Terminate Proceedings, filed before Immigration Judge Verrillo in Hartford Immigration Court on March 28, 2019. Certain confidential information not relevant to this case has been redacted.

17. David Hausman, an attorney for the American Civil Liberties Union Immigrants' Rights Project, analyzed spreadsheets produced in this case by U.S. Immigration and Customs Enforcement ("ICE") and the Executive Office for Immigration Review ("EOIR") regarding the detention of individuals in Massachusetts and New Hampshire under 8 U.S.C. § 1226(c). *See* ECF No. 454-2 ¶ 2. I am aware that based on Mr. Hausman's analysis, of the 73 class members whose proceedings were completed, 11 were granted relief (15%). 31 of the 104 total class members remain in proceedings (29.8%).

18. I declare under penalty of perjury and under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed at Boston, MA on May 15, 2019.

_____
Anant Saraswat

**CERTIFICATE OF SERVICE**

     I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF). Any counsel for other parties who are not registered participants are being served by first class mail on the date of electronic filing.

                                      /s/ *Anant K. Saraswat*
                                      Anant K. Saraswat