# EXHIBIT A

# Re: [Reidhabeas] Additional Reid Class Members?

Reidhabeas <reidhabeas-bounces@mailman.yale.edu> on behalf of Perez, Elianis (CIV) <Elianis.Perez@usdoj.gov>

Wed 4/24/2019 11:32 AM

To: Clare Kane <clare.kane@ylsclinics.org>; Fascett, Lauren (CIV) <Lauren.Fascett@usdoj.gov>; Reno, Catherine M (CIV) <Catherine.M.Reno@usdoj.gov>; Kisor, Colin (CIV) <Colin.Kisor@usdoj.gov>;

Cc: 'Michelle K. Nyein' <michelle.nyein@wolfgreenfield.com>; '(reidhabeas@mailman.yale.edu)' <reidhabeas@mailman.yale.edu>; Michael Wishnie <michael.wishnie@ylsclinics.org>; 'Michael Tan' <mtan@aclu.org>; 'Anant.Saraswat@WolfGreenfield.com' <Anant.Saraswat@WolfGreenfield.com>; 'Ahilan Arulanantham' <AArulanantham@aclusocal.org>;

2 attachments (87 KB)
Updated Reid Class Members List 11.2.18 to 11.8.18.pdf; ATT00001.txt;

Clare,
ICE informs us that

- ██████████████████████████████████████ is not a *Reid* class member. He is currently being held under 236(a).
- ██████████████████████████████████████, is not a *Reid* class member, and he was removed on 4/16/19.

However, ICE confirms that

- ██████████████████████████, is a Reid class member who vested on November 6, 2018. He was previously identified as a potential Gordon class member because there was a gap between custody from his predicate offense and ICE custody. His case is currently on appeal at the Board.

Additionally, ICE informs us that it has re-reviewed the detention authority for all detainees currently held at Strafford to make sure no one was in the same position as ██████ and did not find any others.

I have attached an updated class list from 11.2.18 to 11.8.18.

Thanks,

Elianis

---

**From:** Perez, Elianis (CIV)
**Sent:** Tuesday, April 23, 2019 1:47 PM
**To:** Clare Kane <clare.kane@ylsclinics.org>; Fascett, Lauren (CIV) <LFascett@civ.usdoj.gov>; Reno, Catherine M (CIV) <careno@CIV.USDOJ.GOV>; Kisor, Colin (CIV) <CKisor@civ.usdoj.gov>
**Cc:** Michelle K. Nyein <michelle.nyein@wolfgreenfield.com>; (reidhabeas@mailman.yale.edu) <reidhabeas@mailman.yale.edu>; Michael Wishnie <michael.wishnie@ylsclinics.org>; Michael Tan <mtan@aclu.org>; Anant.Saraswat@WolfGreenfield.com; Ahilan Arulanantham <AArulanantham@aclusocal.org>
**Subject:** RE: Additional Reid Class Members?

Clare,
We are looking into this. We will get back to you this week.

Regards,

Elianis

---

**From:** Clare Kane <clare.kane@ylsclinics.org>
**Sent:** Sunday, April 21, 2019 9:40 AM
**To:** Fascett, Lauren (CIV) <LFascett@civ.usdoj.gov>; Perez, Elianis (CIV) <EPerez@civ.usdoj.gov>; Reno, Catherine M (CIV) <careno@CIV.USDOJ.GOV>; Kisor, Colin (CIV) <CKisor@civ.usdoj.gov>
**Cc:** Michelle K. Nyein <michelle.nyein@wolfgreenfield.com>; (reidhabeas@mailman.yale.edu) <reidhabeas@mailman.yale.edu>; Michael Wishnie <michael.wishnie@ylsclinics.org>; Michael Tan <mtan@aclu.org>; Anant.Saraswat@WolfGreenfield.com; Ahilan Arulanantham <AArulanantham@aclusocal.org>
**Subject:** Re: Additional Reid Class Members?

Hi Lauren,

Thanks for checking for us. We're concerned that there may be a population of *Reid* class members at Strafford who have not yet been identified.

As you know, in Massachusetts, immigrants detained after stale convictions vest into the *Gordon* class and receive 1226(a) bond hearings immediately. However, because *Gordon* does not cover Strafford, immigrants detained after intervening periods of liberty are held under 1226(c), do not receive bond hearings, and would become *Reid* class members after six months of detention. We haven't yet had any Strafford class members whose cases follow this pattern. Is the ICE screening method for *Reid* class members set up to catch them?

Clare Kane
Law Student Intern
Jerome N. Frank Legal Services Organization

---

**From:** Fascett, Lauren (CIV) <Lauren.Fascett@usdoj.gov>
**Sent:** Thursday, April 18, 2019 12:08:54 PM
**To:** Clare Kane; Perez, Elianis (CIV); Reno, Catherine M (CIV); Kisor, Colin (CIV)
**Cc:** Michelle K. Nyein; (reidhabeas@mailman.yale.edu); Michael Wishnie; Michael Tan; Anant.Saraswat@WolfGreenfield.com; Ahilan Arulanantham
**Subject:** RE: Additional Reid Class Members?

Hi Clare,

ICE has informed us that these 3 individuals are not being held pursuant to 236(c) and are not Reid class members.

Best,
Lauren

---

Lauren Fascett
Trial Attorney
Office of Immigration Litigation
District Court Section
U.S. Department of Justice
450 5th Street, NW, Room 5044
Washington, D.C. 20001
202-616-3466
Lauren.Fascett@usdoj.gov

**From:** Clare Kane <clare.kane@ylsclinics.org>
**Sent:** Thursday, April 18, 2019 11:11 AM
**To:** Perez, Elianis (CIV) <EPerez@civ.usdoj.gov>; Fascett, Lauren (CIV) <LFascett@civ.usdoj.gov>; Reno, Catherine M (CIV) <careno@CIV.USDOJ.GOV>; Kisor, Colin (CIV) <CKisor@civ.usdoj.gov>
**Cc:** Michelle K. Nyein <michelle.nyein@wolfgreenfield.com>; (reidhabeas@mailman.yale.edu) <reidhabeas@mailman.yale.edu>; Michael Wishnie <michael.wishnie@ylsclinics.org>; Michael Tan <mtan@aclu.org>; Anant.Saraswat@WolfGreenfield.com; Ahilan Arulanantham <aarulanantham@aclusocal.org>
**Subject:** Re: Additional Reid Class Members?

Dear all,

Just writing to follow up on this.

Clare Kane
Law Student Intern
Jerome N. Frank Legal Services Organization

---

**From:** Reidhabeas <reidhabeas-bounces@mailman.yale.edu> on behalf of Clare Kane <clare.kane@ylsclinics.org>
**Sent:** Friday, April 12, 2019 8:19:52 PM
**To:** Perez, Elianis (CIV); Fascett, Lauren (CIV); Reno, Catherine M (CIV); Kisor, Colin (CIV)
**Cc:** Michelle K. Nyein; (reidhabeas@mailman.yale.edu); Michael Wishnie; Michael Tan; Anant.Saraswat@WolfGreenfield.com; Ahilan Arulanantham
**Subject:** [Reidhabeas] Additional Reid Class Members?

Hi Elianis,

We have been in touch with several immigrants detained in New Hampshire, who have informed us that they believe they have been held pursuant to a criminal conviction without a bond hearing for longer than six months.

Have any of the following people detained under 1226(c) for at least six months, such that they would be *Reid* class members?



Sincerely,
Clare Kane
Law Student Intern
Jerome N. Frank Legal Services Organization