# EXHIBIT B

# RE: Reid Class Member Lists 4/26 through 5/2

## Reno, Catherine M (CIV) <Catherine.M.Reno@usdoj.gov>

Fri 5/3/2019 10:56 AM

To: Perez, Elianis (CIV) <Elianis.Perez@usdoj.gov>; Clare Kane <clare.kane@ylsclinics.org>; Aseem Mehta <aseem.mehta@ylsclinics.org>;
Kisor, Colin (CIV) <Colin.Kisor@usdoj.gov>; Fascett, Lauren (CIV) <Lauren.Fascett@usdoj.gov>;

Cc: 'michelle.nyein@wolfgreenfield.com' <michelle.nyein@wolfgreenfield.com>; 'reidhabeas@mailman.yale.edu'
<reidhabeas@mailman.yale.edu>; Michael Wishnie <michael.wishnie@ylsclinics.org>; 'mtan@aclu.org' <mtan@aclu.org>;
'Anant.Saraswat@WolfGreenfield.com' <anant.saraswat@wolfgreenfield.com>; 'Ahilan Arulanantham'
<AArulanantham@ACLUSOCAL.ORG>;

📎 3 attachments (301 KB)
Reid Class Members List 4.19.19 to 4.25.19 updated.pdf; Reid Class Members List 4.26.19 to 5.2.19.pdf; Re-Detained List 4.26.19 to 5.2.19.pdf;

Good Morning,

Attached are the *Reid* class lists for the week of 4/26 through 5/2, as well as an updated list for the week of 4/19 through 4/25.

Please note that one new *Reid* class member, ███████████████████, who vested on April 24, 2019, has been belatedly identified. I have attached an updated list for 4/19 through 4/25 and apologize for the delay. (The "Re-Detained List" for that week is unchanged.)

No new class members were identified during the week of April 26, 2019 through May 2, 2019, and no *Reid* class members are on the "Re-Detained List" for the week.

Best,
Cathy

---

**From:** Perez, Elianis (CIV) <EPerez@civ.usdoj.gov>
**Sent:** Friday, April 26, 2019 1:17 PM
**To:** Reno, Catherine M (CIV) <careno@CIV.USDOJ.GOV>; 'Clare Kane' <clare.kane@ylsclinics.org>; 'Aseem Mehta' <aseem.mehta@ylsclinics.org>; Kisor, Colin (CIV) <CKisor@civ.usdoj.gov>; Fascett, Lauren (CIV) <LFascett@civ.usdoj.gov>
**Cc:** 'michelle.nyein@wolfgreenfield.com' <michelle.nyein@wolfgreenfield.com>; 'reidhabeas@mailman.yale.edu' <reidhabeas@mailman.yale.edu>; 'Michael Wishnie' <michael.wishnie@ylsclinics.org>; 'mtan@aclu.org' <mtan@aclu.org>; 'Anant.Saraswat@WolfGreenfield.com' <anant.saraswat@wolfgreenfield.com>; 'Ahilan Arulanantham' <AArulanantham@ACLUSOCAL.ORG>
**Subject:** RE: Reid Class Member Lists 4/12 through 4/18

Good Afternoon,

Attached are the *Reid* class lists for the week of 4/19 through 4/125.

One new *Reid* class member was identified during the week of April 19, 2019 through April 25, 2019. ███████
████████████. There were no *Reid* class members on the "Re-Detained List" for the week.

Best,
Elianis

---

**From:** Reno, Catherine M (CIV) <careno@CIV.USDOJ.GOV>
**Sent:** Friday, April 19, 2019 6:02 PM
**To:** Perez, Elianis (CIV) <EPerez@civ.usdoj.gov>; 'Clare Kane' <clare.kane@ylsclinics.org>; 'Aseem Mehta'
<aseem.mehta@ylsclinics.org>; Kisor, Colin (CIV) <CKisor@civ.usdoj.gov>; Fascett, Lauren (CIV) <LFascett@civ.usdoj.gov>
**Cc:** 'michelle.nyein@wolfgreenfield.com' <michelle.nyein@wolfgreenfield.com>; 'reidhabeas@mailman.yale.edu'
<reidhabeas@mailman.yale.edu>; 'Michael Wishnie' <michael.wishnie@ylsclinics.org>; 'mtan@aclu.org' <mtan@aclu.org>;
'Anant.Saraswat@WolfGreenfield.com' <anant.saraswat@wolfgreenfield.com>; 'Ahilan Arulanantham'
<AArulanantham@ACLUSOCAL.ORG>
**Subject:** RE: Reid Class Member Lists 4/12 through 4/18

Good Evening,

Attached are the *Reid* class lists for the week of 4/12 through 4/18.

No new class members were identified, and there were no *Reid* class members on the "Re-Detained List" for
the week.

Best,
Cathy

---

**From:** Reno, Catherine M (CIV)
**Sent:** Friday, April 12, 2019 7:44 PM
**To:** Perez, Elianis (CIV) <EPerez@civ.usdoj.gov>; 'Clare Kane' <clare.kane@ylsclinics.org>; 'Aseem Mehta'
<aseem.mehta@ylsclinics.org>; Kisor, Colin (CIV) <CKisor@civ.usdoj.gov>; Fascett, Lauren (CIV) <LFascett@civ.usdoj.gov>
**Cc:** 'michelle.nyein@wolfgreenfield.com' <michelle.nyein@wolfgreenfield.com>; 'reidhabeas@mailman.yale.edu'
<reidhabeas@mailman.yale.edu>; 'Michael Wishnie' <michael.wishnie@ylsclinics.org>; 'mtan@aclu.org' <mtan@aclu.org>;
'Anant.Saraswat@WolfGreenfield.com' <anant.saraswat@wolfgreenfield.com>; 'Ahilan Arulanantham'
<AArulanantham@ACLUSOCAL.ORG>
**Subject:** RE: Reid Class Member Lists 4/5 through 4/11

Good Evening,

Attached are the *Reid* class lists for the week of 4/5 through 4/11.

No new class members were identified, and there were no *Reid* class members on the "Re-Detained List" for
the week.

Best,
Cathy

---

**From:** Reno, Catherine M (CIV)
**Sent:** Friday, April 05, 2019 5:48 PM
**To:** Perez, Elianis (CIV) <EPerez@civ.usdoj.gov>; 'Clare Kane' <clare.kane@ylsclinics.org>; 'Aseem Mehta'
<aseem.mehta@ylsclinics.org>; Kisor, Colin (CIV) <CKisor@civ.usdoj.gov>; Fascett, Lauren (CIV) <LFascett@civ.usdoj.gov>
**Cc:** 'michelle.nyein@wolfgreenfield.com' <michelle.nyein@wolfgreenfield.com>; 'reidhabeas@mailman.yale.edu'
<reidhabeas@mailman.yale.edu>; 'Michael Wishnie' <michael.wishnie@ylsclinics.org>; 'mtan@aclu.org' <mtan@aclu.org>;
'Anant.Saraswat@WolfGreenfield.com' <anant.saraswat@wolfgreenfield.com>; 'Ahilan Arulanantham'

<AArulanantham@ACLUSOCAL.ORG>
**Subject:** RE: Reid Class Member Lists 3/29 through 4/4

Good Afternoon,

Attached are the *Reid* class lists for the week of 3/29 through 4/4.

No new class members were identified, and there were no *Reid* class members on the "Re-Detained List" for the week.

Best,
Cathy

---

**From:** Perez, Elianis (CIV) <EPerez@civ.usdoj.gov>
**Sent:** Friday, March 29, 2019 3:12 PM
**To:** Reno, Catherine M (CIV) <careno@CIV.USDOJ.GOV>; 'Clare Kane' <clare.kane@ylsclinics.org>; 'Aseem Mehta' <aseem.mehta@ylsclinics.org>; Kisor, Colin (CIV) <CKisor@civ.usdoj.gov>; Fascett, Lauren (CIV) <LFascett@civ.usdoj.gov>
**Cc:** 'michelle.nyein@wolfgreenfield.com' <michelle.nyein@wolfgreenfield.com>; 'reidhabeas@mailman.yale.edu' <reidhabeas@mailman.yale.edu>; 'Michael Wishnie' <michael.wishnie@ylsclinics.org>; 'mtan@aclu.org' <mtan@aclu.org>; 'Anant.Saraswat@WolfGreenfield.com' <anant.saraswat@wolfgreenfield.com>; 'Ahilan Arulanantham' <AArulanantham@ACLUSOCAL.ORG>
**Subject:** RE: Reid Class Member Lists 3/22 through 3/28

Good Afternoon,

Attached are the Reid class lists for the week of 3/22 through 3/28.
 There were no Reid class members on the "Re-Detained List" for the week.

Best,
Elianis

---

**From:** Reno, Catherine M (CIV) <careno@CIV.USDOJ.GOV>
**Sent:** Friday, March 22, 2019 12:25 PM
**To:** Perez, Elianis (CIV) <EPerez@civ.usdoj.gov>; 'Clare Kane' <clare.kane@ylsclinics.org>; 'Aseem Mehta' <aseem.mehta@ylsclinics.org>; Kisor, Colin (CIV) <CKisor@civ.usdoj.gov>; Fascett, Lauren (CIV) <LFascett@civ.usdoj.gov>
**Cc:** 'michelle.nyein@wolfgreenfield.com' <michelle.nyein@wolfgreenfield.com>; 'reidhabeas@mailman.yale.edu' <reidhabeas@mailman.yale.edu>; 'Michael Wishnie' <michael.wishnie@ylsclinics.org>; 'mtan@aclu.org' <mtan@aclu.org>; 'Anant.Saraswat@WolfGreenfield.com' <anant.saraswat@wolfgreenfield.com>; 'Ahilan Arulanantham' <AArulanantham@ACLUSOCAL.ORG>
**Subject:** RE: Reid Class Member Lists 3/15 through 3/21

Good Afternoon,

Attached are the *Reid* class lists for the week of 3/15 through 3/21.

One new class member was identified. There were no *Reid* class members on the "Re-Detained List" for the week.

Best,
Cathy

**From:** Reno, Catherine M (CIV)
**Sent:** Friday, March 15, 2019 5:12 PM
**To:** Perez, Elianis (CIV) <EPerez@civ.usdoj.gov>; 'Clare Kane' <clare.kane@ylsclinics.org>; 'Aseem Mehta' <aseem.mehta@ylsclinics.org>; Kisor, Colin (CIV) <CKisor@civ.usdoj.gov>; Fascett, Lauren (CIV) <LFascett@civ.usdoj.gov>
**Cc:** 'michelle.nyein@wolfgreenfield.com' <michelle.nyein@wolfgreenfield.com>; 'reidhabeas@mailman.yale.edu' <reidhabeas@mailman.yale.edu>; 'Michael Wishnie' <michael.wishnie@ylsclinics.org>; 'mtan@aclu.org' <mtan@aclu.org>; 'Anant.Saraswat@WolfGreenfield.com' <anant.saraswat@wolfgreenfield.com>; 'Ahilan Arulanantham' <AArulanantham@ACLUSOCAL.ORG>
**Subject:** RE: Reid Class Member Lists 3/8 through 3/14

Good Afternoon,

Attached are the *Reid* class lists for the week of 3/8 through 3/14.

Three new class members were identified. There were no *Reid* class members on the "Re-Detained List" for the week.

Best,
Cathy

---

**From:** Reno, Catherine M (CIV)
**Sent:** Friday, March 08, 2019 12:26 PM
**To:** Perez, Elianis (CIV) <EPerez@civ.usdoj.gov>; 'Clare Kane' <clare.kane@ylsclinics.org>; 'Aseem Mehta' <aseem.mehta@ylsclinics.org>; Kisor, Colin (CIV) <CKisor@civ.usdoj.gov>; Fascett, Lauren (CIV) <LFascett@civ.usdoj.gov>
**Cc:** 'michelle.nyein@wolfgreenfield.com' <michelle.nyein@wolfgreenfield.com>; 'reidhabeas@mailman.yale.edu' <reidhabeas@mailman.yale.edu>; 'Michael Wishnie' <michael.wishnie@ylsclinics.org>; 'mtan@aclu.org' <mtan@aclu.org>; 'Anant.Saraswat@WolfGreenfield.com' <anant.saraswat@wolfgreenfield.com>; 'Ahilan Arulanantham' <AArulanantham@ACLUSOCAL.ORG>
**Subject:** RE: Reid Class Member Lists 3/1 through 3/7

Good Afternoon,

Attached are the *Reid* class lists for the week of 3/1 through 3/7.

No new class members were identified, and there were no *Reid* class members on the "Re-Detained List" for the week.

Best,
Cathy

---

**From:** Reno, Catherine M (CIV)
**Sent:** Friday, March 01, 2019 5:27 PM
**To:** Perez, Elianis (CIV) <EPerez@civ.usdoj.gov>; 'Clare Kane' <clare.kane@ylsclinics.org>; 'Aseem Mehta' <aseem.mehta@ylsclinics.org>; Kisor, Colin (CIV) <CKisor@civ.usdoj.gov>; Fascett, Lauren (CIV) <LFascett@civ.usdoj.gov>
**Cc:** 'michelle.nyein@wolfgreenfield.com' <michelle.nyein@wolfgreenfield.com>; 'reidhabeas@mailman.yale.edu' <reidhabeas@mailman.yale.edu>; 'Michael Wishnie' <michael.wishnie@ylsclinics.org>; 'mtan@aclu.org' <mtan@aclu.org>; 'Anant.Saraswat@WolfGreenfield.com' <anant.saraswat@wolfgreenfield.com>; 'Ahilan Arulanantham' <AArulanantham@ACLUSOCAL.ORG>
**Subject:** Reid Class Member Lists 2/22 through 2/28

Good Afternoon,

Attached are the *Reid* class lists for the week of 2/22 through 2/28.

No new class members were identified, and there were no *Reid* class members on the "Re-Detained List" for the week.

Best,
Cathy

---

**From:** Perez, Elianis (CIV) <EPerez@civ.usdoj.gov>
**Sent:** Friday, February 22, 2019 4:11 PM
**To:** 'Clare Kane' <clare.kane@ylsclinics.org>; 'Aseem Mehta' <aseem.mehta@ylsclinics.org>; Kisor, Colin (CIV) <CKisor@civ.usdoj.gov>; Reno, Catherine M (CIV) <careno@CIV.USDOJ.GOV>; Fascett, Lauren (CIV) <LFascett@civ.usdoj.gov>
**Cc:** 'michelle.nyein@wolfgreenfield.com' <michelle.nyein@wolfgreenfield.com>; 'reidhabeas@mailman.yale.edu' <reidhabeas@mailman.yale.edu>; 'Michael Wishnie' <michael.wishnie@ylsclinics.org>; 'mtan@aclu.org' <mtan@aclu.org>; 'Anant.Saraswat@WolfGreenfield.com' <anant.saraswat@wolfgreenfield.com>; 'Ahilan Arulanantham' <AArulanantham@ACLUSOCAL.ORG>
**Subject:** RE: Missing Reid Class Member Lists

Good Afternoon,

Attached is the Reid class lists from 2/15 through 2/21.

No class members were identified.

Regards,

Elianis

---

**From:** Perez, Elianis (CIV)
**Sent:** Friday, February 15, 2019 12:35 PM
**To:** 'Clare Kane' <clare.kane@ylsclinics.org>; 'Aseem Mehta' <aseem.mehta@ylsclinics.org>; Kisor, Colin (CIV) <CKisor@civ.usdoj.gov>; Reno, Catherine M (CIV) <careno@CIV.USDOJ.GOV>; Fascett, Lauren (CIV) <LFascett@civ.usdoj.gov>
**Cc:** 'michelle.nyein@wolfgreenfield.com' <michelle.nyein@wolfgreenfield.com>; 'reidhabeas@mailman.yale.edu' <reidhabeas@mailman.yale.edu>; 'Michael Wishnie' <michael.wishnie@ylsclinics.org>; 'mtan@aclu.org' <mtan@aclu.org>; 'Anant.Saraswat@WolfGreenfield.com' <anant.saraswat@wolfgreenfield.com>; 'Ahilan Arulanantham' <AArulanantham@ACLUSOCAL.ORG>
**Subject:** RE: Missing Reid Class Member Lists

Good Afternoon,

Attached is the Reid class lists from 2/8 through 2/14.

No class members were identified.

Regards,

Elianis

---

**From:** Perez, Elianis (CIV)
**Sent:** Friday, February 08, 2019 2:03 PM
**To:** Clare Kane <clare.kane@ylsclinics.org>; Aseem Mehta <aseem.mehta@ylsclinics.org>; Kisor, Colin (CIV)

<CKisor@civ.usdoj.gov>; Reno, Catherine M (CIV) <careno@CIV.USDOJ.GOV>; Fascett, Lauren (CIV) <LFascett@civ.usdoj.gov>
**Cc:** 'michelle.nyein@wolfgreenfield.com' <michelle.nyein@wolfgreenfield.com>; 'reidhabeas@mailman.yale.edu'
<reidhabeas@mailman.yale.edu>; Michael Wishnie <michael.wishnie@ylsclinics.org>; 'mtan@aclu.org' <mtan@aclu.org>;
'Anant.Saraswat@WolfGreenfield.com' <anant.saraswat@wolfgreenfield.com>; 'Ahilan Arulanantham'
<AArulanantham@ACLUSOCAL.ORG>
**Subject:** RE: Missing Reid Class Member Lists


Good Afternoon,

Attached is the Reid class lists from 2/1 through 2/7.

No class members were identified.

Regards,

Elianis

---

**From:** Clare Kane <clare.kane@ylsclinics.org>
**Sent:** Sunday, February 03, 2019 3:18 PM
**To:** Perez, Elianis (CIV) <EPerez@civ.usdoj.gov>; Aseem Mehta <aseem.mehta@ylsclinics.org>; Kisor, Colin (CIV)
<CKisor@civ.usdoj.gov>; Reno, Catherine M (CIV) <careno@CIV.USDOJ.GOV>; Fascett, Lauren (CIV) <LFascett@civ.usdoj.gov>
**Cc:** 'michelle.nyein@wolfgreenfield.com' <michelle.nyein@wolfgreenfield.com>; 'reidhabeas@mailman.yale.edu'
<reidhabeas@mailman.yale.edu>; Michael Wishnie <michael.wishnie@ylsclinics.org>; 'mtan@aclu.org' <mtan@aclu.org>;
'Anant.Saraswat@WolfGreenfield.com' <anant.saraswat@wolfgreenfield.com>; 'Ahilan Arulanantham'
<AArulanantham@ACLUSOCAL.ORG>
**Subject:** Re: Missing Reid Class Member Lists


Dear Elianis,

Thank you. We have received your message and the attached files.

Clare Kane
Law Student Intern
Jerome N. Frank Legal Services Organization

---

**From:** Reidhabeas <reidhabeas-bounces@mailman.yale.edu> on behalf of Perez, Elianis (CIV) <Elianis.Perez@usdoj.gov>
**Sent:** Friday, February 1, 2019 4:45:08 PM
**To:** Aseem Mehta; Kisor, Colin (CIV); Reno, Catherine M (CIV); Fascett, Lauren (CIV)
**Cc:** 'michelle.nyein@wolfgreenfield.com'; 'reidhabeas@mailman.yale.edu'; Michael Wishnie; 'mtan@aclu.org';
'Anant.Saraswat@WolfGreenfield.com'; 'Ahilan Arulanantham'
**Subject:** Re: [Reidhabeas] Missing Reid Class Member Lists


Folks,

Attached are the official Reid class lists from 12/21 through Present.

No class members were identified.

Regards,

Elianis

**From:** Perez, Elianis (CIV)
**Sent:** Friday, January 11, 2019 10:27 AM
**To:** 'Aseem Mehta' <aseem.mehta@ylsclinics.org>; Kisor, Colin (CIV) <CKisor@civ.usdoj.gov>; Reno, Catherine M (CIV) <careno@CIV.USDOJ.GOV>; Fascett, Lauren (CIV) <LFascett@civ.usdoj.gov>
**Cc:** 'Ahilan Arulanantham' <AArulanantham@ACLUSOCAL.ORG>; 'Anant.Saraswat@WolfGreenfield.com' <anant.saraswat@wolfgreenfield.com>; 'michelle.nyein@wolfgreenfield.com' <michelle.nyein@wolfgreenfield.com>; 'mtan@aclu.org' <mtan@aclu.org>; 'Michael Wishnie' <michael.wishnie@ylsclinics.org>; 'reidhabeas@mailman.yale.edu' <reidhabeas@mailman.yale.edu>
**Subject:** RE: Missing Reid Class Member Lists

Good Morning,
There were no new Reid class members identified for the week of <u>January 4, 2019, through January 10, 2019</u>. And there were no redetained class members.

Elianis

---

**From:** Perez, Elianis (CIV)
**Sent:** Tuesday, January 08, 2019 1:36 PM
**To:** Aseem Mehta <aseem.mehta@ylsclinics.org>; Kisor, Colin (CIV) <CKisor@civ.usdoj.gov>; Reno, Catherine M (CIV) <careno@CIV.USDOJ.GOV>; Fascett, Lauren (CIV) <LFascett@civ.usdoj.gov>
**Cc:** Ahilan Arulanantham <AArulanantham@ACLUSOCAL.ORG>; Anant.Saraswat@WolfGreenfield.com; 'michelle.nyein@wolfgreenfield.com' <michelle.nyein@wolfgreenfield.com>; mtan@aclu.org; Michael Wishnie <michael.wishnie@ylsclinics.org>; reidhabeas@mailman.yale.edu
**Subject:** RE: Missing Reid Class Member Lists

Aseem,
- There were no new Reid class members identified for the week <u>of December 21, 2018, though December 27, 2018</u>. And there were no re-detained class members.
- There were no new Reid class members identified for the week <u>of December 28, 2018, through January 3, 2019</u>. And there were no redetained class members.

I will distribute the "formal" form list when the government re-opens.

Regards,

Elianis

**From:** Aseem Mehta <aseem.mehta@ylsclinics.org>
**Sent:** Tuesday, January 08, 2019 12:27 PM
**To:** Perez, Elianis (CIV) <EPerez@civ.usdoj.gov>; Kisor, Colin (CIV) <CKisor@civ.usdoj.gov>; Reno, Catherine M (CIV) <careno@CIV.USDOJ.GOV>; Fascett, Lauren (CIV) <LFascett@civ.usdoj.gov>
**Cc:** Ahilan Arulanantham <AArulanantham@ACLUSOCAL.ORG>; Anant.Saraswat@WolfGreenfield.com; 'michelle.nyein@wolfgreenfield.com' <michelle.nyein@wolfgreenfield.com>; mtan@aclu.org; Michael Wishnie <michael.wishnie@ylsclinics.org>; reidhabeas@mailman.yale.edu
**Subject:** Missing Reid Class Member Lists

Elianis,

Defendants' counsel has not provided Plaintiffs with a weekly list of individuals who have matured into the *Reid* class or *Reid* class members who have been re-detained, if any, since December 21, 2018. Nor have Defendants sought leave to be excused from making these weekly disclosures, as Defendants explicitly represented to the Court they would provide. Dkt. No. 362 at 1-2.

Please let us know immediately whether Defendants will provide this information, and if so by what date.

Regards,
Aseem

--
Aseem Mehta
he/him/his
Law Student Intern
Jerome N. Frank Legal Services Organization
Yale Law School
aseem.mehta@ylsclinics.org