# EXHIBIT E

```
 1
 2            UNITED STATES DISTRICT COURT
 3             DISTRICT OF MASSACHUSETTS
 4  ---------------------------------------x
 5  CLAYTON RICHARD GORDON, GUSTAVO
 6  RIBEIRO FERREIRA, VALBOURN SAHIDD
 7  LAWES, NHAN PHUNG VU, and CESAR
 8  CHAVARRIA RESTREPO, on behalf of
 9  themselves and others similarly situated,
10          Plaintiffs-Petitioners,   Civil Action
11      vs.                           No. 13-30146
12  ELAINE DUKE, et al.,
13          Defendants-Respondents.
14  ---------------------------------------x
15   SUBJECT TO PROTECTIVE ORDER OF GORDON v. DUKE
16
17    DEPOSITION OF U.S. DEPARTMENT OF HOMELAND
18  SECURITY PURSUANT TO FED. R. CIV. P 30(b)(6) BY
19           IMMACULATA GUARNA-ARMSTRONG
20
21              Boston, Massachusetts
22                September 14, 2017
23  Reported by:
24  Michael D. O'Connor, RMR, CRR, CRC
25  Job No: 130456
```

Page 11

1        Immaculate Guarna-Armstrong
2   "Plaintiffs' First Notice of Deposition to         09:07
3   Department of Homeland Security Pursuant to Fed.   09:07
4   R. Civ. P. 30(b)(6)"; is that correct?            09:07
5        A.   Yes.                                     09:07
6        Q.   When is the first time you saw this      09:07
7   document?                                          09:08
8        A.   Probably about a couple months ago.      09:08
9   After filed actually.                              09:08
10       Q.   And so if you flip through, do you       09:08
11  see that there are a couple of topics listed,      09:08
12  starting on Page 8?                                09:08
13            Do you see that?                         09:08
14       A.   Yes.                                     09:08
15       Q.   And do you understand that you've        09:08
16  been designated by DHS to testify on behalf of     09:08
17  DHS about certain topics in this notice?           09:08
18       A.   Yes.                                     09:08
19       Q.   Do I understand you're designated for    09:08
20  Topics 4, 5, and Topics 8 through 20?              09:08
21       A.   Yes.                                     09:08
22       Q.   And do you also understand that          09:08
23  you've been designated to testify about Topic 21   09:08
24  as it relates to procedures regarding detainers?   09:08
25       A.   Yes.                                     09:08

Immaculate Guarna-Armstrong

Q. We can get into the quantification later. I just want to make sure I understand what all the new obligations are that are imposed on ICE as a result of Gordon.

It's determining if someone is a class member, giving them a board hearing if they ask for a bond hearing, which includes presenting them at the bond hearing, and abiding by the results of the bond hearing.

Is there anything else?

A. What is happening is as a result of having more bond hearings, the immigration judges are filling up their calendars, and some of the detained hearings are being put off. The merits hearings are being put off. There are more habeas cases that are filed as a result, because ICE is having -- well, I should say the immigration judge is having difficulty in getting through all of the cases. It's causing longer detention times, higher costs in detention.

So it's just, I guess, a domino effect.

Q. Are you aware of any studies that have been done that document the added costs to

1        Immaculate Guarna-Armstrong
2   ICE that have arisen as a result of Gordon?                10:06
3        A.  I'm not aware of any.                              10:06
4        Q.  Okay.  If you wanted to figure out                 10:06
5   whether any such study had been done, who would             10:06
6   you ask?                                                    10:06
7        A.  I'm not sure.  I'm not sure where we               10:06
8   would look for something like that.                         10:07
9        Q.  Do you think that's something ICE in               10:07
10  D.C. would do or something that's done in the               10:07
11  Boston field office?                                        10:07
12       A.  Probably Gordon is specific to the                 10:07
13  Boston field office, it would probably be done              10:07
14  locally at the Boston field office level.                   10:07
15       Q.  So just focusing on the new                        10:07
16  obligations that ICE has as a result of Gordon,             10:07
17  it's just what we discussed earlier; it's                   10:07
18  determining if someone is a class member, giving            10:07
19  them a bond hearing if they ask for one, and sort           10:07
20  of abiding by the results of the bond hearing,              10:08
21  correct?                                                    10:08
22            MS. FABIAN:  Object to form.                      10:08
23       A.  Yes.                                               10:08
24       Q.  And then you also mentioned a couple               10:08
25  of other effects on things like scheduling of               10:08

1          Immaculate Guarna-Armstrong
2    detained in Massachusetts today by ICE?                10:33
3         A.   Approximately, yes.                          10:33
4         Q.   And you sitting here today don't know        10:33
5    how many of those people are detained under            10:33
6    236(c), correct?                                       10:33
7         A.   No, I'm not aware of the breakdown.          10:33
8         Q.   Do you know approximately the                10:33
9    breakdown?  Is it 50/50?                               10:33
10        A.   I don't know.  I could certainly ask         10:33
11   for this information, but I don't have even an         10:33
12   approximation available now.                           10:33
13        Q.   And do you have a sense historically         10:33
14   over the past two years what percentage of             10:33
15   detainees in Massachusetts have been 236(c)            10:33
16   detainees?                                             10:33
17        A.   There probably were more under a             10:33
18   previous administration where ICE was following        10:33
19   the Priority Enforcement Program, also known as        10:34
20   the PEP, that required ICE to only detain cases        10:34
21   that met certain priorities.                           10:34
22             Under the current administration,            10:34
23   there have been executive orders and directives        10:34
24   issued by former DHS secretary John Kelly              10:34
25   directing ICE to pursue the prosecution of any         10:34

1             Immaculate Guarna-Armstrong
2     immigration violators.                                  10:34
3             So there probably were more detained            10:34
4     previously when ICE was under the -- following          10:34
5     the Priority Enforcement Program than there are         10:34
6     now.                                                    10:34
7         Q.  If we just think in terms of                    10:34
8     percentages, the percentage of people detained          10:34
9     today who are 236(c) detainees, would you say           10:34
10    it's 90 percent?                                        10:35
11        A.  I'm not able to say.                            10:35
12        Q.  Do you have a reason to believe it's            10:35
13    as high as 90 percent?                                  10:35
14        A.  Unfortunately, I'm not able to say a            10:35
15    percentage.                                             10:35
16        Q.  So you don't even have an educated              10:35
17    guess sitting here today what percentage of             10:35
18    people detained in Massachusetts today are 236(c)       10:35
19    detainees?                                              10:35
20            MS. FABIAN:  Object to form.                    10:35
21        A.  I am not able to, but I could                   10:35
22    certainly review and provide the information.           10:35
23        Q.  Okay.  We were talking earlier about            10:35
24    some of the side effects that the Gordon relief         10:35
25    order has caused.  Do you recall that?                  10:35