# EXHIBIT F

| CRIMINAL DOCKET | DOCKET NUMBER<br>1964CR001206 | NO. OF COUNTS<br>2 | Trial Court of Massachusetts<br>District Court Department |
|---|---|---|---|
| DEFENDANT NAME AND ADDRESS<br>Mark Reid<br>27C Liberty St<br>New Haven, CT 06519 | DOB<br>04/07/1964<br>DATE COMPLAINT ISSUED<br>04/03/2019<br>PRECOMPLAINT ARREST DATE<br>04/02/2019 | GENDER<br>Male<br>INTERPRETER REQUIRED | COURT NAME & ADDRESS<br>Dudley District Court<br>279 West Main Street<br>Dudley, MA 01571 |

### FIRST FIVE OFFENSE COUNTS

| COUNT | CODE | OFFENSE DESCRIPTION | OFFENSE DATE |
|---|---|---|---|
| 1 | 94C/34/C | DRUG, POSSESS CLASS B c94C §34 | 04/02/2019 |
| 2 | 700CMR709/PP | MASS PIKE - SPEEDING * 700 CMR §7.09(6)(a) | 04/02/2019 |

| DEFENSE ATTORNEY<br>X CPCS  $150 | OFFENSE CITY/TOWN<br>Charlton | POLICE DEPARTMENT<br>SP Charlton |
|---|---|---|

| DATE & JUDGE | DOCKET ENTRY | DATE & JUDGE | FEES IMPOSED | |
|---|---|---|---|---|
| APR 03 2019<br>Estis<br>NG Plea | ☑ Attorney appointed (SJC R. 3:10)<br>☐ Atty denied & Deft. Advised per 211 D §2A<br>☐ Waiver of Counsel found after colloquy | | Counsel Fee (211D § 2A¶2)<br>$ | ☐ WAIVED |
| | Terms of release set: ☐ PR ☑ Bail $50<br>☐ See Docket for special condition<br>☐ Held (276 §58A) | | Counsel Contribution (211D § 2)<br>$ | ☐ WAIVED |
| | | | Default Warrant Fee (276 § 30¶1)<br>$ | ☐ WAIVED |
| | | | Default Warrant Arrest Fee (276 § 30 ¶2)<br>$ | ☐ WAIVED |
| | **Arraigned and advised:**<br>☑ Potential of bail revocation (276 §58B)<br>☐ Right to bail to review (276 §58)<br>☐ Right to drug exam (111E § 10)<br>☐ Inquiry made by Court under 276 § 56A | | Probation Supervision Fee (276 § 87A)<br>$ | ☐ WAIVED |
| | | | Bail Order Forfeited | |
| | | | **Advised of right to jury trial:**<br>☐ Waiver of jury found after colloquy<br>☐ Does not waive | |
| | **Abuse Allegation:**<br>☐ C276 § 56A form filed by Commonwealth<br>☐ Allegation of abuse under C276 § 56A found<br>☐ No allegation of abuse under C276 § 56A found | | Advised of trial rights as pro se (Dist. Ct. Supp.R.4)<br>Advised of right of appeal to Appeals Ct. (M.R. Crim P.R. 28) | |

### SCHEDULING HISTORY

| NO. | SCHEDULED DATE | EVENT | RESULT | JUDGE | TAPE START/STOP |
|---|---|---|---|---|---|
| 1 | 04/03/2019 | Arraignment | ☐ Held ☐ Not Held but Event Resolved ☐ Cont'd | | |
| 2 | 4/29/19 | PTH | ☐ Held ☐ Not Held but Event Resolved ☐ Cont'd (MiH) | | |
| 3 | | | ☐ Held ☐ Not Held but Event Resolved ☐ Cont'd | | |
| 4 | | | ☐ Held ☐ Not Held but Event Resolved ☐ Cont'd | | |
| 5 | | | ☐ Held ☐ Not Held but Event Resolved ☐ Cont'd | | |
| 6 | | | ☐ Held ☐ Not Held but Event Resolved ☐ Cont'd | | |
| 7 | | | ☐ Held ☐ Not Held but Event Resolved ☐ Cont'd | | |
| 8 | | | ☐ Held ☐ Not Held but Event Resolved ☐ Cont'd | | |
| 9 | | | ☐ Held ☐ Not Held but Event Resolved ☐ Cont'd | | |
| 10 | | | ☐ Held ☐ Not Held but Event Resolved ☐ Cont'd | | |

**APPROVED ABBREVIATIONS**
ARR = Arraignment   PTH = Pretrial hearing   DCE = Discovery compliance & jury selection   BTR = Bench trial   JTR = Jury trial   PCH = Probable cause hearing   MOT = Motion hearing   SRE = Status review
SRP = Status review of payments   FAT = First appearance in jury session   SEN = Sentencing   CWF = Continuance-without-finding scheduled to terminate   PRO = Probation scheduled to terminate
DFTA = Defendant failed to appear & was defaulted   WAR = Warrant Issued   WARD = Default warrant issued   WR = Warrant or default warrant recalled   PVH = probation revocation hearing.

| A TRUE COPY ATTEST: | CLERK-MAGISTRATE / ASST CLERK<br>X | TOTAL NO. OF PAGES | ON (DATE) |
|---|---|---|---|

Date/Time Printed: 04-03-2019 09:09:52          1964CR001206          Revised: 07/16

| CRIMINAL DOCKET DOCKET ENTRIES | DEFENDANT NAME Mark Reid | | DOCKET NUMBER 1964CR001206 |
|---|---|---|---|
| DATE | | DOCKET ENTRIES | |

APPROVED ABBREVIATIONS
ARR = Arraignment   PTH = Pretrial hearing   DCE = Discovery compliance & jury selection   BTR = Bench trial   JTR = Jury trial   PCH = Probable cause hearing   MOT = Motion hearing   SRE = Status review
SRP = Status review of payments   FAT = First appearance in jury session   SEN = Sentencing   CWF = Continuance-without-finding scheduled to terminate   PRO = Probation scheduled to terminate
DFTA = Defendant failed to appear & was defaulted   WAR = Warrant Issued   WARD = Default warrant issued   WR = Warrant or default warrant recalled   PVH = probation revocation hearing.

Date/Time Printed: 04-03-2019 09:09:52     1964CR001206     Revised: 07/16

| CRIMINAL DOCKET - OFFENSES | DEFENDANT NAME<br>Mark Reid | DOCKET NUMBER<br>1964CR001206 |
|---|---|---|

**COUNT / OFFENSE**
1  DRUG, POSSESS CLASS B c94C §34

DISPOSITION DATE AND JUDGE: 4-10-19 Eustis

DISPOSITION METHOD:
- ☐ Guilty Plea or ☐ Admission to Sufficient Facts accepted after colloquy and alien warning pursuant to C278§29D and MRCrP12
- ☐ Bench Trial
- ☐ Jury Trial
- ☒ Dismissed upon:
  - ☐ Request of Commonwealth  ☐ Request of Victim
  - ☒ Request of Defendant  ☐ Failure to prosecute
  - ☐ Other:
- ☐ Filed with Defendant's consent
- ☐ Nolle Prosequi
- ☐ Decriminalized (277 §70 C)

SENTENCE OR OTHER DISPOSITION:
- ☐ Sufficient facts found but continued without a finding until:
- ☐ Defendant placed on probation until:
  - ☐ Risk/Need or OUI    ☐ Administrative Supervision
- ☐ Defendant placed on pretrial probation (276 §87) until:
- ☐ To be dismissed if court costs / restitution paid by:

*allowed*

*Remit BAFQ*

FINDING:
- ☐ Guilty   ☐ Not Guilty
- ☐ Responsible   ☐ Not Responsible
- ☐ Probable Cause   ☐ No Probable Cause

FINAL DISPOSITION:
- ☐ Dismissed on recommendation of Probation Dept.
- ☐ Probation terminated: defendant discharged
- ☐ Sentence or disposition revoked (see cont'd page)

**COUNT / OFFENSE**
2  MASS PIKE - SPEEDING * 700 CMR §7.09(6)(a)

DISPOSITION DATE AND JUDGE: 4-10-19 Eustis

DISPOSITION METHOD:
- ☐ Guilty Plea or ☐ Admission to Sufficient Facts accepted after colloquy and alien warning pursuant to C278§29D and MRCrP12
- ☐ Bench Trial
- ☐ Jury Trial
- ☒ Dismissed upon:
  - ☐ Request of Commonwealth  ☐ Request of Victim
  - ☒ Request of Defendant  ☐ Failure to prosecute
  - ☐ Other:
- ☐ Filed with Defendant's consent
- ☐ Nolle Prosequi
- ☐ Decriminalized (277 §70 C)

SENTENCE OR OTHER DISPOSITION:
- ☐ Sufficient facts found but continued without a finding until:
- ☐ Defendant placed on probation until:
  - ☐ Risk/Need or OUI    ☐ Administrative Supervision
- ☐ Defendant placed on pretrial probation (276 §87) until:
- ☐ To be dismissed if court costs / restitution paid by:

*allowed*

FINDING:
- ☐ Guilty   ☐ Not Guilty
- ☐ Responsible   ☐ Not Responsible
- ☐ Probable Cause   ☐ No Probable Cause

FINAL DISPOSITION:
- ☐ Dismissed on recommendation of Probation Dept.
- ☐ Probation terminated: defendant discharged
- ☐ Sentence or disposition revoked (see cont'd page)

**COUNT / OFFENSE** (blank)

Date/Time Printed: 04-03-2019 09:09:52    1964CR001206    Revised: 07/16