# EXHIBIT G

INFORMATION   Ofc. Waller #473
JD-CR-71   Rev. 1-03                    **STATE OF CONNECTICUT**
                                        **SUPERIOR COURT**

19-10685

DISPOSITION DATE

## TITLE, ALLEGATIONS, AND COUNTS

| STATE OF CONNECTICUT VS. *(Name of Accused)* | G.A. NO. | DOCKET NO. |
|---|---|---|
| Mark Reid (DOB 04/07/1964) | 23 | |

ADDRESS
1665 Ella T Grasso Blvd, New Haven, CT, 06511

TO BE HELD AT *(TOWN)*
New Haven

COURT DATE

The undersigned Deputy Assistant State's Attorney of the Superior Court of the State of Connecticut on oath of office complains, deposes, and alleges that said Deputy Assistant State's Attorney has reason to believe and does believe that:

FIRST COUNT – DID COMMIT THE OFFENSE OF
Breach of Peace in the 2nd degree

| AT *(Town)* | ON OR ABOUT *(Date)* | IN VIOLATION OF GENERAL STATUTE NO. |
|---|---|---|
| New Haven | 03/09/2019 | 53a-181 |

| CONTINUED TO | PURPOSE | REASON |
|---|---|---|

SECOND COUNT – DID COMMIT THE OFFENSE OF
Threatening in the 2nd Degree

| AT *(Town)* | ON OR ABOUT *(Date)* | IN VIOLATION OF GENERAL STATUTE NO. |
|---|---|---|
| New Haven | 03/09/2019 | 53a-62 6 1aa (a)(3) |

LDD
3/26/19

THIRD COUNT – DID COMMIT THE OFFENSE OF
Threatening in the 2nd Degree

| AT *(Town)* | ON OR ABOUT *(Date)* | IN VIOLATION OF GENERAL STATUTE NO. |
|---|---|---|
| New Haven | 03/09/2019 | 53a-62 |

☐ SEE OTHER SHEET (S) FOR ADDITIONAL COUNTS

DATE
3/26/19

SIGNED *(Deputy Assist State's Attorney)*

## COURT ACTION

DEFENDANT ADVISED OF RIGHTS BEFORE PLEA

BOND          SURETY

☐ 10 %
☐ CASH

ELECTION          *(Date)*

☐ CT   ☐ JY

*(JUDGE)*                          *(DATE)*

☐ ATTORNEY  ☐ PUB. DEFENDER   GUARDIAN

BOND CHANGE

SEIZED PROP. INVENTORY NO.

| COUNT | PLEA DATE | PLEA | PLEA WITHDRAWN DATE | NEW PLEA | VERDICT FINDING | FINE | REMIT | ADDITIONAL DISPOSITION |
|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | $ | $ | |
| 2 | | | | | | $ | $ | |
| 3 | | | | | | $ | $ | |

| DATE | OTHER COURT ACTION | JUDGE |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

RECEIPT NO

COST
☐ IMP  ☐ NCI

BOND INFORMATION
☐ BOND FORFEITED   ☐ FORFEITURE VACATED   ☐ FORFEITURE VACATED AND BOND REINSTATED

| APPLICATION FEE – RECEIPT NO. IF PAID | CIRCLE ONE W   I   Q | PROGRAM FEE – RECEIPT NO IF PAID | CIRCLE ONE W   I   Q | PROBATION FEE – RECEIPT NO IF PAID | CIRCLE ONE W   I   Q |
|---|---|---|---|---|---|

| STATE'S ATTY  ON ORIGINAL DISPOSITION | REPORTER/MONITOR ON ORIG. DISP. | SIGNED *(Clerk)* | SIGNED *(Judge)* |
|---|---|---|---|