# EXHIBIT H

**PROMISE TO APPEAR**
JD-CR-13   Rev. 10-17
C.G.S. §§ 53a-35a, 53a-36, 53a-40b, 53a-41, 53a-42, 53a-172,
53a-173, 53a-222, 53a-222a, 54-63a to 54-63g, 54-64a to 54-64g;
P.B. §§ 38-1 to 38-6, 38-15, 38-19, 38-20, 38-21; P.A. 17-31 §§ 6, 7

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
www.jud.ct.gov



**Instructions**
Use this form only for defendants released upon a written promise who are charged with a MISDEMEANOR, A MOTOR VEHICLE VIOLATION FOR WHICH A TERM OF IMPRISONMENT MAY BE IMPOSED, or a FELONY.

To: Any Proper Officer of the State of Connecticut

| Field | Entry |
|---|---|
| From (Name of defendant) | Reid, Mark |
| Address of defendant | 27 Liberty St, NH |
| Docket number | CR9-221190 |
| Telephone number | |
| Judicial District/Geographical Area Court | 22 |
| Address of court | 121 Elm St, NH |
| Police case number | |
| Crime(s) charged against defendant | (N) Threat 1; Threat 2; BOP |
| Appearance date and time | Mon 5/13/19 9 A.m. |

**PROMISE TO APPEAR**

I, the defendant named above, **promise to appear before (come to):**
1. The Superior Court at the address listed above, on the **Appearance date and the time listed above;**
2. The court on **any other date and time** that the court **continues my case** to;
3. **Any other court** where my case may be **transferred (sent to);** and
4. The court on **any other date and time** at which there is a **hearing on the conditions of my release.**

I also **promise to follow all of the Conditions of Release** listed below, which were ordered by the court, a bail commissioner, or a police officer.

I have read, or have had read to me, the Notice to Defendant below, and I understand everything in that notice.

**A. Conditions of Release**
1. Do not commit a federal, state or local crime.
   Full P.O.

Signed (Defendant): [signature]   Date and Time Signed: 4/30/19

Subscribed to before me. Defendant was advised of the requirements listed above, and was given a copy of this Promise to Appear and the Notice below.

Signed (Police Officer, Asst. Clerk, Bail Comm., Prob. Officer): [signature]   Date and Time Signed: 4/30/19   Job Title: BC   Police Department (If applicable):

**NOTICE TO DEFENDANT**
1. You **must come to court** on the **Appearance date and time** listed above and at any other time and place that the court tells you.
2. **If you do not come to court** as required, **you will be committing the crime of Failure to Appear**, and:
   a. You may be **arrested immediately**, or the court may **issue a capias (order for your arrest);** and
   b. You may be subject to the following added **criminal penalties:**
      i. If you were released on this Promise to Appear for **one or more felonies**, you may be **charged with an additional Class D felony**, and the court may sentence you to **up to 5 years in prison**, fine you **up to $5,000**, or **both**, for failing to appear.
      ii. If you were released on this Promise to Appear for **one or more misdemeanors or motor vehicle violations**, you may be **charged with an additional Class A misdemeanor**, and the court may sentence you to **up to 1 year in prison**, fine you **up to $2,000**, or **both**, for failing to appear.
3. **If you commit another crime** after you have been released on this Promise to Appear, **you may be subject to added criminal penalties** in addition to any sentence that the court may give you for that crime:
   a. If the new crime is a **felony**, the court may sentence you to **up to ten (10) additional years in prison**; or
   b. If the new crime is a **misdemeanor**, the court may sentence you to **up to one (1) additional year in prison**.
4. **You must follow** all of the **conditions of your release.**
5. **If you do not follow the conditions of your release, you will be committing the crime of Violation of Conditions of Release**, and:
   a. The court may **change or add to the conditions** of your release;
   b. The court may **revoke (take away) your Promise to Appear and release**; and/or
   c. You may be subject to the following **additional criminal penalties**:
      i. If you were **released** on this Promise to Appear **for one or more felonies**:
         • Generally, you may be **charged with an additional Class D felony**, and the court may sentence you to **up to 5 years in prison**, fine you **up to $5,000**, or **both**, for violating your conditions of release.
         • **BUT**, if you violate the conditions of your release by **(1) putting any restraint (restriction) on a person or the liberty (freedom) of a person;** or **(2) threatening, harassing, assaulting, molesting, sexually assaulting or attacking a person**, you may be **charged with an additional Class C felony**, and the court may sentence you to **between 1 and 10 years in prison**, fine you **up to $10,000**, or **both**, for violating your conditions of release in this way.
      ii. If you were **released** on this Promise to Appear **for one or more misdemeanors or motor vehicle violations**:
         • Generally, you may be **charged with an additional Class A misdemeanor**, and the court may sentence you to **up to 1 year in prison**, fine you **up to $2,000**, or **both**, for violating your conditions of release.
         • **BUT**, if you violate the conditions of your release by **(1) putting any restraint (restriction) on a person or the liberty (freedom) of a person;** or **(2) threatening, harassing, assaulting, molesting, sexually assaulting or attacking a person**, you may be **charged with an additional Class D felony**, and the court may sentence you to **up to 5 years in prison**, fine you **up to $5,000**, or **both**, for violating your conditions of release in this way.
6. Your release may be **revoked (taken away)** if:
   a. You have been **charged with a crime for which the term of imprisonment may be more than 10 years;**
   b. The court finds that you have **violated any condition of your release;** and
   c. The court finds that **the safety of any other person is endangered (put at risk)** while you are on release.

**FOR COURT USE**

**ADA NOTICE**
The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at www.jud.ct.gov/ADA.

(Page 1 of 2)   DISTRIBUTION: Copies to Clerk of Court, Bail Commissioner, Defendant   PROMISE TO APPEAR

| ORDER OF PROTECTION<br>JD-CL-99   Rev. 10-16<br>C.G.S. §§ 29-28, 29-32, 29-33, 29-36i, 29-36k, 46b-15, 46b-16a,<br>46b-38c(d)(e), 46b-38nn, 53a-28(f), 53a-36, 53a-42, 53a-217,<br>53a-217c, 53a-223, 54-1k, 54-86e, 18 U.S.C. §§ 922(g)(9), 2265<br>P.A. 16-34 | ADA NOTICE<br>The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at www.jud.ct.gov/ADA. | STATE OF CONNECTICUT<br>SUPERIOR COURT<br>www.jud.ct.gov |
|---|---|---|

| Order type<br>Protective Order - Family Violence | Case type<br>Criminal | Superior court location<br>N23N New Haven |
|---|---|---|
| Related court information (if applicable) | | Case number<br>N23NCR190221190S |

## Protected Person

| Last name | First name | Middle | Date of Birth | Sex | Race |
|---|---|---|---|---|---|
| ■■■ | ■■■ | | ■■■ | | |

| Home address | City | State | Zip |
|---|---|---|---|
| ■■■ | | | |

| Mailing address | ☐ Same as above | City | State | Zip |
|---|---|---|---|---|
| ■■■ | | | | |

| Work address | City | State | Zip |
|---|---|---|---|

## Respondent (Defendant) | Respondent Identifiers

| Last name | First name | Middle | Date of Birth | Sex | Race |
|---|---|---|---|---|---|
| REID | MARK | ANTHONY | 04/07/1964 | M | Black |

| Address | Height | Weight | Eyes | Hair | Phone |
|---|---|---|---|---|---|
| 27 Liberty St Apt C | 5' 8" | 220 | BRO | BLK | 203-901-8222 |

| City | State | Zip | Distinguishing features/other identifiers |
|---|---|---|---|
| New Haven | CT | 065192354 | |

**Cautions/Weapons** (If information is available):
Allegedly possesses one or more firearms

**Relationship to protected person** (Present or former)
☐ Spouse or party to a civil union
☐ Protected person's parent
☐ Intimate cohabitant
☐ Parent of common child
☒ Other: Dating

## Terms and Conditions of Protection

**You, the Respondent, must follow all the orders and conditions checked or indicated by "X" below:**
☒ Surrender or transfer all firearms and ammunition.
☒ Do not assault, threaten, abuse, harass, follow, interfere with, or stalk the protected person. (CT01)
☒ Stay away from the home of the protected person and wherever the protected person shall reside. (CT03)
☒ Do not contact the protected person in any manner, including by written, electronic or telephone contact, and do not contact the protected person's home, workplace or others with whom the contact would be likely to cause annoyance or alarm to the protected person. (CT05)
☐ Other:

Additional terms and conditions are on the following pages:   ☒ General Protection Order Notifications, JD-CL-098
                                                                ☐ Additional Orders Of Protection, JD-CL-100

| This order remains in effect until: | ☒ Further order of the court. | Expiration date (if applicable) |
|---|---|---|

☒ The court had jurisdiction over the parties and the subject matter, and the respondent was provided with reasonable notice and opportunity to be heard. This order shall be enforced, even without registration, by the courts of any state, the District of Columbia, any U.S. Territory, and may be enforced by Tribal Lands (18 U.S.C. § 2265). Crossing state, territorial, or tribal boundaries to violate this order may result in federal imprisonment (18 U.S.C. § 2262).

☒ State law provides penalties for unlawful possession of firearms, ammunition, or electronic defense weapon (Connecticut General Statutes §§ 53a-217(a)(4) and 53a-217c(a)(5)). Federal law also provides penalties for possessing, transporting, shipping, or receiving any firearm or ammunition while subject to a qualifying protection order and under the circumstances specified in 18 U.S.C. § 922(g)(8).

| By the Court | Name of Judge<br>*S/Gallery* | Signed (Judge, Assistant Clerk)<br>*[signature]* | Date signed<br>4/30/19 |
|---|---|---|---|

CSSD DateTimeStamp: 4/30/2019 10:57:11 AM