# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|   |   |   |
|---|---|---|
| Mark Anthony REID, *et al.*, on behalf of themselves and others similarly situated, | ) ) ) ) | Case No. 3:13-cv-30125-PBS |
| *Plaintiffs-Petitioners,* | ) ) | |
| v. | ) ) | June 13, 2019 |
| Christopher DONELAN, Sheriff, Franklin County, MA, *et al.*, | ) ) ) ) | |
| *Defendants-Respondents.* | ) ) | |

## NOTICE OF SUPPLEMENTAL AUTHORITIES

Plaintiffs, through undersigned counsel, submit this notice to inform the Court of relevant supplemental authorities in response to several of the Court's inquiries during oral argument on June 11, 2019:

(1) *Rodriguez v. Nielsen*, No. 18-cv-04187-TSH, 2019 U.S. Dist. LEXIS 4228 (N.D. Cal. Jan. 7, 2019) (post-*Jennings*, holding that the Constitution requires a bond hearing for an individual incarcerated pursuant to 8 U.S.C. § 1226(c) after six months) (copy attached as Exhibit 1).

(2) The district court docket sheet in *Jennings* (renamed in C.D. Cal. as *Rodriguez v. Marin*) upon remand from the Ninth Circuit, confirming that Plaintiffs' motion for leave to amend is pending and no scheduling order has yet been entered for briefing on the constitutional challenge to prolonged no-bond incarceration of § 1226(c) detainees (copy attached as Exhibit 2).

(3) The status report confirming that § 1226(c) detainees incarcerated within the Central District of California continue to receive bond hearings even after the Supreme Court's decision in *Jennings*. *See* Joint Status Report, *Rodriguez v. Marin*, No. CV 07-3239, at *2 (C.D. Cal. Mar. 5, 2018) (ECF No. 478) (copy attached as Exhibit 3).

(4) Declaration of Romy Lerner, attorney for *Reid* class member Guerlie Pierre (referred to by the government as "Subject D"), dated June 13, 2019, confirming that Ms. Pierre has never missed an Immigration Court appearance and has never violated the terms of her electronic monitoring since she posted bond and was released by ICE (copy attached as Exhibit 4).

(5) Opinion and Order, ECF No. 182 (Dec. 10, 2014), in which Judge Ponsor held after briefing and argument in this case that "the statutory authority to detain an individual who has successfully obtained a stay from a Court of Appeals, or has a motion to stay pending, is to be found in § 1226(c). Those individuals are therefore members of the class and entitled to the relief set forth in *Reid III*." *Id.* at 16 (copy attached as Exhibit 5).

Respectfully submitted,

By:  /s/ Michael J. Wishnie

Harpreet Ahuja, Law Student Intern*
Aseem Mehta, Law Student Intern
Javier Heres, Law Student Intern*
Michael Wishnie (BBO# 568654)
Jerome N. Frank Legal Svcs. Org.
P.O. Box 209090
New Haven, CT 06520
Phone: (203) 432-4800
michael.wishnie@ylsclinics.org

Ahilan T. Arulanantham†
ACLU Immigrants' Rights Project
1313 West 8th Street
Los Angeles, CA 90017
213-977-5211
aarulanantham@aclusocal.org

Anant K. Saraswat (BBO# 676048)
Michelle Nyein (BBO# 685870)
Wolf, Greenfield & Sacks, P.C.
600 Atlantic Avenue
Boston, MA 02210
Tel: 617-646-8000
Fax: 617-646-8646
anant.saraswat@wolfgreenfield.com

Michael K.T. Tan†
ACLU Immigrants' Rights Project
125 Broad Street, 18th Floor
New York, NY 10004
212-519-7848 (p)
mtan@aclu.org

*Counsel for Plaintiffs*

*Law student appearance forthcoming.
† Admitted *pro hac vice*.

## **CERTIFICATE OF SERVICE**

      I hereby certify that, on June 13, 2019, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF system.

                                      /s/ Michael J. Wishnie\_\_\_\_

                                      Michael J. Wishine
                                      Jerome N. Frank Legal Services Organization
                                      P.O. Box 209090
                                      New Haven, CT 06520
                                      P: (203) 432-4800
                                      F: (203) 432-1426