# EXHIBIT 2

| Date Filed | # | Docket Text |
|---|---|---|
| 03/04/2019 | 503 | MINUTE IN CHAMBERS NOTICE TO ALL PARTIES OF COURT ORDER by Judge Terry J. Hatter, Jr: On the Courts own motion, the Status Conference currently scheduled for March 4, 2019, is hereby ordered continued to March 18, 2019 at 10:00 a.m. Counsel for the parties are ordered to appear. (shb) (Entered: 03/04/2019) |
| 03/18/2019 | 505 | MINUTES OF STATUS CONFERENCE on J.P. MORGAN CHASE BANK, N.A.'S MOTION TO COMPEL ARBITRATION 11 held before Judge Terry J. Hatter, Jr: The case is called and counsel state their appearance. The Court and counsel confer re the status of the case. Following discussions with the parties, the Court will allow Plaintiff time to file his Amended Complaint. The Amended Complaint is to be filed no later than April 19, 2019 as stated on the record. A written order willfollow as to the briefing schedule. Court Reporter: Lisa Gonzalez. (shb) (Entered: 03/28/2019) |
| 03/26/2019 | 504 | Notice of Appearance or Withdrawal of Counsel: for attorney Robert Ira Lester counsel for Respondents Eric Holder, Janet Napolitano, Timothy Robbins. Robert I. Lester is no longer counsel of record for the aforementioned party in this case for the reason indicated in the G-123 Notice. Filed by Federal Respondents Holder, Napolitano, Robbins. (Lester, Robert) (Entered: 03/26/2019) |
| 04/12/2019 | 506 | Mail Returned addressed to Frederick Ngaywa re Status Conference - 505 (shb) (Entered: 04/15/2019) |
| 04/18/2019 | 507 | Joint STIPULATION for Extension of Time to Amend Amended Complaint, 111 filed by Petitioners Yussuf Abdikadir, Angel Armando Ayala, Jose Farias Cornejo, Abdirizak Aden Farah, Raul Ernesto Morales, Efren Orozco, Alejandro Rodriguez, Abel Perez Ruelas. (Attachments: # 1 Proposed Order)(Attorney Michael Bryan Kaufman added to party Raul Ernesto Morales(pty:pet))(Kaufman, Michael) (Entered: 04/18/2019) |
| 04/19/2019 | 508 | ORDER by Judge Terry J. Hatter, Jr, GRANTING Stipulation for Extension of Time to Amend Complaint, [507. Petitioners Amended Complaint shall be filed no later than May 20, 2019. (shb) (Entered: 04/19/2019) |
| 05/20/2019 | 509 | NOTICE OF MOTION AND MOTION to Amend Amended Complaint, 111 filed by Petitioners Yussuf Abdikadir, Angel Armando Ayala, Jose Farias Cornejo, Abdirizak Aden Farah, Raul Ernesto Morales, Efren Orozco, Alejandro Rodriguez, Abel Perez Ruelas. (Attachments: # 1 Fourth Amended Complaint, # 2 Proposed Order) (Attorney |

| | | |
|---|---|---|
| | | Ahilan T Arulanantham added to party Raul Ernesto Morales(pty:pet)) (Arulanantham, Ahilan) (Entered: 05/20/2019) |
| 05/29/2019 | 510 | Joint STIPULATION for Extension of Time to File as to NOTICE OF MOTION AND MOTION to Amend Amended Complaint, 111 509 , Joint STIPULATION to Continue Submission Date from June 17, 2019 to July 8, 2019 filed by Respondents Russell Davis, Arthur Edwards, Eric Holder, Sandra Hutchens, Mike Kreuger, Wesley Lee, Janet Napolitano, Nguyen, Davis Nighswonger, Rodney Penner, Timothy Robbins, Thomas G Snow. (Attachments: # 1 Proposed Order)(Wilson, Sarah) (Entered: 05/29/2019) |
| 05/31/2019 | 511 | ORDER ON JOINT STIPULATION FOR EXTENSION OF TIME FOR RESOLUTION OF THE MOTIONFOR LEAVE TO AMEND THE COMPLAINT AND TO CONTINUE HEARING DATE TO JULY 8, 2019[510 by Judge Terry J. Hatter, Jr. The Respondents' time for responding to Petitioners' Motion to Amend the Complaint is extended to June 12, 2019, Petitioners' time to file a reply in support of the motion is extended to June 24, 2019, and the submission date for the motion is continued from June 17, 2019, to July 8, 2019. (shb) (Entered: 05/31/2019) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 06/12/2019 11:25:33 | | | |
| **PACER Login:** | af006000:2502760:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:07-cv-03239-TJH-RNB Start date: 3/1/2019 End date: 6/12/2019 |
| **Billable Pages:** | 3 | **Cost:** | 0.30 |