# EXHIBIT 4

# DECLARATION OF ROMY LERNER

Pursuant to 28 U.S.C. § 1746, I, Romy Lerner, declare under penalty of perjury that the following is true and correct to the best of my information, knowledge and belief:

1. I am an attorney with the University of Miami School of Law, Immigration Clinic (the Clinic).

2. The Clinic represents Guerlie Pierre (A# 070-626-360) in her immigration matters.

3. I understand that during a hearing on June 11, 2019 in *Reid v. Donelan*, No. 3:13-cv-30125-PBS (D.Mass.), the conduct of my client since her release from immigration custody was raised. Ms. Pierre is the person referred to as "Subject D" in ¶ 3(D) of the Declaration of Derek R. Moore, dated May 15, 2019 (ECF No. 468), which I have reviewed.

4. Ms. Pierre has been in immigration proceedings since September 27, 2011. She has an individual hearing scheduled for November 20, 2019 in Miami, Florida.

5. Ms. Pierre has never missed an immigration court date and she is in regular contact with the Clinic.

6. Ms. Pierre has never violated the terms of her release from immigration detention. After Ms. Pierre's release from detention on April 7, 2015, she was placed in the Intensive Supervised Appearance Program (ISAP). She was initially fitted with an ankle monitor and was required to report in person to the ISAP office.

7. Because Ms. Pierre was compliant with ISAP, the ankle monitor was removed. In 2016 or 2017, after over a year of in-person reporting, ISAP terminated the in-person reporting requirement. Ms. Pierre was then permitted to report by telephone instead.

8. Under the automated telephonic reporting system, Ms. Pierre received a call one Monday a month and was given a unique five-digit number. She was required to call back the same number, verify her identity, and repeat the unique five-digit number.

9. Although Ms. Pierre cannot remember the exact month, at some point in 2018, she stopped receiving the calls even though her phone number remained the same. She called the automated system one Monday but it said that her phone number was not recognized.

10. Ms. Pierre never received a phone call or a home visit from her ICE officer notifying her that she was not in compliance with her supervision even though her phone number and address remained the same since her release from detention. Nor have I, as her counsel, received notice from ICE that Ms. Pierre is not in compliance with her supervision.

11. Ms. Pierre believed that she had stopped receiving calls because she had fulfilled and completed the telephonic reporting requirements as she had the in-person reporting requirement.

Signed and sworn this 13th day of June, 2019

Romy Lerner, Esq.
Associate Director
Immigration Clinic
University of Miami School of Law
1311 Miller Drive, E-261, Coral Gables FL 33146