## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| Mark Anthony REID, *et al.*, on behalf of themselves and others similarly situated, <br><br> *Plaintiffs-Petitioners,* <br><br> v. <br><br> Christopher DONELAN, Sheriff, Franklin County, MA, *et al.*, <br><br> *Defendants-Respondents.* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) )     Case No. 3:13-cv-30125-PBS <br><br><br><br><br>     June 17, 2019 |

## **MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEFING**

      Plaintiffs, through undersigned counsel, move for leave to file supplemental briefing regarding the Court's inquiries during oral argument on June 11, 2019. Specifically, at the summary judgment hearing the Court raised the issue of whether a system similar to the one currently used for post-final order detainees under *Zadvydas* and the Department of Homeland Security's post-*Zadvydas* regulations may be an appropriate way to resolve this case. Because the Court has not yet had the benefit of briefing on this specific issue, Plaintiffs seek leave to provide the Court with supplemental briefing of no more than five pages to address the mechanics of implementation and effectiveness of this potential remedial scheme. Plaintiffs propose to file supplemental briefing within seven days of the date on which leave is granted.

      Pursuant to Local Rule 7.1(a)(2), Plaintiffs reached out to Defendants via email on June 13, 2019 to propose that the parties jointly move to seek leave for the parties to file simultaneous briefing of no more than five pages on this issue. Defendants opposed Plaintiffs' proposal.

June 17, 2019
Respectfully submitted,

By: _/s/ Michael J. Wishnie_____

Harpreet Ahuja, Law Student Intern*
Aseem Mehta, Law Student Intern
Javier Heres, Law Student Intern*
Alden Pinkham, Law Student Intern
Bianca Rey, Law Student Intern
Michael Tayag, Law Student Intern
Michael Wishnie (BBO# 568654)
Jerome N. Frank Legal Svcs. Org.
P.O. Box 209090
New Haven, CT 06520
Phone: (203) 432-4800
Fax: (203) 432-1426
michael.wishnie@ylsclinics.org


Ahilan T. Arulanantham[†]
ACLU Immigrants' Rights Project
1313 West 8th Street
Los Angeles, CA 90017
213-977-5211
aarulanantham@aclusocal.org

Anant K. Saraswat (BBO# 676048)
Michelle Nyein (BBO# 685870)
Wolf, Greenfield & Sacks, P.C.
600 Atlantic Avenue
Boston, MA 02210
Tel: 617-646-8000
Fax: 617-646-8646
anant.saraswat@wolfgreenfield.com


Michael K.T. Tan[†]
ACLU Immigrants' Rights Project
125 Broad Street, 18th Floor
New York, NY 10004
212-519-7848 (p)
212-549-2654 (f)
mtan@aclu.org

*Counsel for Plaintiffs*
*Law student appearance forthcoming.
[†] Admitted *pro hac vice*.

**CERTIFICATE OF SERVICE**

      I hereby certify that, on June 17, 2019, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF system.

    /s/ Michael J. Wishnie\_\_\_\_

    Michael J. Wishine
    Jerome N. Frank Legal Services Organization
    P.O. Box 209090
    New Haven, CT 06520
    P: (203) 432-4800
    F: (203) 432-1426